Exhibit A
(Part 2)

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

**A**

ability 32:4
able 31:24 92:24 100:4,12 101:5
   113:15 135:25
about 5:20 6:12,17,23 12:22 14:6
   14:18 16:19 22:5,24 23:20 25:13
   26:2 27:6,9 29:10 39:21 43:11
   46:12 48:16,20,22,22 49:3 59:16
   62:14 68:18 71:18 72:19 73:14
   81:20 82:16 86:7 87:11 95:23
   96:16 99:22 103:5 107:19 115:7
   120:2 121:25 126:23 131:20
   134:3,15
abreast 31:22 34:20,25
absolutely 46:12
acceptable 70:7
accepted 92:19
access 108:16
accompanied 45:13
accordance 40:4
account 107:3,4 108:25 109:16
   118:9 119:17 121:16,19 137:22
accountant 19:2
accounting 15:19 18:22 27:25
   76:22,22 77:5 90:12,17
accounts 118:7
accuracy 114:13 123:5
accurate 115:16,18
acquired 90:22
acquisition 98:5 127:3
across 16:13
act 11:11 13:11 30:9 91:3 97:16
acted 12:25
action 30:2 31:16 32:18,19,22 33:3
   33:4,7,10,13 34:2,13,25 35:12
   36:12,15 42:2 43:21 85:15,16
   93:5 94:21,24 101:11,11,13 102:2
   102:4,21,23 106:25 129:16,20
   131:2,14,17,20 132:10,22 133:15
   133:16 135:15,20,24 136:6
   137:16
actions 31:9 34:20 129:25 130:4
active 17:19
actively 17:21
acts 73:9
actual 43:5 64:23 107:23
actually 40:20 81:13 133:16
actuary 62:13,17
ad 25:23
add 41:19
added 111:15
addition 41:12 75:11
additional 26:9 41:19 106:23 118:7
additions 27:14,19
address 4:11
adjustment 128:5
administer 3:16

administration 10:16,22
administrative 29:3,7
adopted 13:4
advantage 31:22 53:13
advantages 31:14 34:18
advice 47:14
advisability 125:8
advisable 84:6
advised 32:2 127:5
advisor 73:10
advisors 71:6
affiliated 80:9,12 125:7
after 14:10 66:11,15 72:25 89:4
   92:3 95:23 110:13 128:12 129:16
   131:5,8 133:13
afternoon 118:5
again 28:17 89:19 97:7 112:14,22
   119:16 123:7 134:17
against 7:18 37:7,19,25 70:25
   71:10 88:7 131:20 133:15,16
agency 28:11 29:8,10
agent 6:22
aggregate 62:21 112:5
ago 5:20 9:10 14:18 18:8 22:24
   23:19 26:2 27:6 28:22 43:11
   89:17,21 106:11
agree 129:21
AGREED 3:4,9,14
agreement 54:6,8 92:16 125:21
   127:12,17 128:8 135:13
agreements 54:11
ahead 92:22 134:24
airline 56:5
airlines 56:5,7
allegation 117:24 119:12
allegations 125:20,25 126:16
allege 64:13 96:20,24 97:9
alleged 86:13 87:4 91:8 92:10
allegedly 33:13
alleges 117:20 119:7
alleging 127:10
allegiance 7:20,21
allocation 38:17,21,22,25 39:3,4
allowed 34:19 39:11 47:13
almost 38:22 65:7,15
along 84:14 127:5
already 123:4
although 38:23 47:12 73:20
always 18:12 45:13 50:3 61:17
   82:24
amended 36:15,17 85:14 101:10,12
   104:11 105:19 137:15
among 60:6
amount 18:10 22:7 64:8 69:21
amounts 108:18
analogize 30:8
announced 71:23 73:2 79:13 82:8

96:11
announcement 80:6 88:24
announcing 98:5
annual 41:13 42:7,13 50:21
annually 38:23
another 7:2 45:14 63:11 73:8 81:21
   94:8,9 99:8 113:16 116:21 126:5
answer 5:5 15:8 85:19 87:11,15,24
   95:8 99:13,17 103:10 126:25
   127:2,8 134:24,25
answered 91:14 95:16
answering 9:13
answers 95:7
anybody 26:9 34:3 63:11 70:11
   125:17
anymore 22:19
anyone 24:9 30:25 36:24 43:8
   44:19 45:10 78:18,21,23 79:2,5
   80:9,12 83:6 91:5 125:7 129:10
   134:4,8
anything 43:23 66:9,13 68:17
   75:22 79:15 134:16,21
apologize 28:24
Apparently 119:10
appear 44:20,24 55:5 111:18
appearance 41:13 42:7
appearances 42:13
appeared 43:9 44:25
appears 20:10,18 57:6 107:2
   108:20 109:14 110:8,21 111:16
   116:8 118:6 119:17 120:15
   121:21 122:4,8 123:14 139:10
applies 119:3
Appointment 93:22
appreciate 10:13 101:2
appreciation 62:6
approach 46:3
approached 129:18
approaching 64:14
approval 39:14
approximate 13:25 45:21 46:5
   131:10
approximately 6:7 18:11 35:3 52:8
   83:7 85:25 111:5,18
April 95:3,9,14,21 102:13,25
   106:11,16
area 76:11
areas 17:12
around 70:8 91:25 114:22,25
   133:12
arthur 2:7 130:23
articles 91:21,24
artificially 118:25 119:8
ascertain 79:15
asked 6:3 91:13 95:15 133:12
asking 4:20 9:15 47:21 63:21 83:3
   85:4,8 95:12,25 97:17,20 103:5

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

106:19 111:8 113:6 124:10
125:15 135:6,23
**asserting** 102:21
**assess** 79:20 80:4
**asset** 22:4,8 23:13,24 24:7,10,19
25:9 27:15 38:21,22,25 39:2,4
42:23 43:8 44:10,19 45:11,16
49:3,12 50:17 51:12 55:17 56:12
56:22 57:12,13 70:3 72:7 78:10
78:14 80:4 113:19 116:12 118:6,8
118:10 120:5 124:14,19 125:2
137:23 138:4
**assistant** 31:4 105:5
**assisting** 14:24
**assists** 34:25
**associated** 63:18
**Associates** 41:11
**assume** 5:4 20:23 53:10 75:14 82:4
115:22 135:19
**assumed** 115:17
**assuming** 136:2
**assumption** 62:12
**attached** 107:6
**attempt** 31:8 51:22 71:12 77:18
79:20
**attempted** 126:8
**attend** 42:6,10 45:10
**attending** 71:14
**attention** 41:21 68:19 69:2,6,12
72:21,23 73:12,13 101:24
**attorney** 11:17 87:13 103:8 108:12
115:19
**attorneys** 2:4,11 3:5 12:9 14:25
115:21,25 130:15,20 131:19
135:22
**audit** 28:8,15 90:20
**audited** 28:9
**auditor** 28:10
**audits** 13:8
**authority** 48:3,4,6
**authorization** 105:7
**authorized** 3:16 105:9
**available** 30:16
**Avenue** 2:12
**average** 50:10 65:12 66:3
**aware** 61:10 69:8 72:2 86:12 87:3,9
90:12 93:4,8,10 97:17,21,25
99:10,14 100:21 112:8,15 117:19
126:2,25 127:4
**away** 7:17 49:25 105:10 135:25
**a.m** 1:14

---
**B**
---

**back** 11:4 51:10 76:3 96:9 100:24
102:8 112:23 115:20 118:14
122:24 126:22
**background** 10:12 29:16

**bad** 63:15 84:3
**badly** 126:6
**ballpark** 72:11
**bank** 107:23,25
**bargaining** 16:7 17:3
**BARRISTER** 1:23
**Base** 122:13
**based** 4:24 62:17 92:25
**basis** 12:23,24 25:21,23 27:2,3
67:14 68:2 71:9 74:13 90:4 91:7
108:14 121:9,17 122:16 132:12
**Bates** 103:25 106:25
**batting** 50:10
**Baxter** 130:13
**bearing** 20:13 104:6,15 107:11
137:4,17,18,20
**became** 13:4,12 14:6 88:17,21 89:2
89:4
**become** 61:10
**before** 1:14 3:18 4:3 5:13 7:7 23:5
25:25 34:17 41:13 42:7 43:9 55:5
57:7 68:25 70:21 81:12 85:23
92:23 96:11 98:22 99:16 101:20
106:14,16 114:4,6,8 118:13
129:15 136:17 139:4,5,6,12
**beg** 100:8
**began** 96:16 133:8
**beginning** 28:18
**behalf** 19:17 24:23,24 39:12 45:11
53:6 54:3 56:22 72:7 78:14 80:25
94:25 102:4,21,24 105:6,9 129:4
129:7
**behind** 50:7
**being** 5:17,17 6:3 7:3 17:21 29:18
29:22 30:8,18 31:23 33:16 34:18
49:19 63:10 64:2 70:19 110:24,25
112:22
**believe** 25:2 27:13 32:11 35:14 36:2
45:17 46:19,21 50:11 59:5 61:12
61:15 62:2,9 67:12 72:22 74:16
78:6 80:2 84:20 96:14 100:24
115:8,11 135:14 136:8
**believing** 91:7
**benefit** 5:12 15:20
**benefits** 13:7 15:17 16:11
**berger** 1:12 2:4 130:17 131:15,21
132:17,20 133:3 134:6,9 136:5
**Bershad** 133:4
**besides** 7:11 32:14 44:8 131:14
**best** 18:4 56:3,8 60:7,11 83:21
**better** 67:3 71:2,3,5 111:22 128:18
**between** 3:5 57:11 63:9 64:10
87:12 95:3 102:5,22,24 112:17
116:7 117:21 125:10,21 127:12
128:8 134:13,18 135:3
**beyond** 124:11,12
**billed** 136:4

**billion** 17:25 18:13
**block** 110:24,24 122:17,21 123:20
128:11,13
**blocks** 110:22 112:6 114:21 123:11
124:5,15,19
**blood** 139:14
**board** 11:17 12:2 22:16,25 25:12
25:17 41:14,21 42:8,11 43:9 44:2
44:20 45:11 48:14 49:10,14 50:13
51:6 55:5,6 66:9,13,19 67:13 68:4
68:12,23 69:3 71:14,18 74:8,22
75:4 79:23 81:16 82:15
**board's** 69:6,11 77:14
**bogie** 62:11
**Bond** 32:16,21 132:23 133:5
**book** 92:17
**booked** 92:22 97:14
**booking** 97:13
**borders** 65:7
**borrow** 47:13,16 48:3
**both** 7:10 9:16 112:5 123:16
**bottom** 20:25 54:20 60:3 64:12
114:16 123:8,12
**bottom-up** 55:19,24 56:4
**bought** 112:12
**breach** 40:14,15
**break** 5:7,11 58:8,10 88:3 116:21
**brief** 10:11 58:11 88:4 94:8,13
116:23 137:11
**briefing** 93:4
**briefly** 88:11
**bring** 68:18 69:2,11 126:8,22
**broad** 12:14
**Broadway** 1:23
**brokers** 65:10
**brought** 26:7 41:20 69:5 71:24
72:21,23 73:11,12
**Brown** 90:18
**Bucks** 8:3,7,14 14:9
**business** 7:17 10:16,21 15:10 16:2
16:4 42:19 44:4 49:2,13 79:9
90:21 98:6 99:7
**buy** 47:3,12,15 48:5 55:24 83:18
95:22
**buying** 47:6
**bylaws** 47:7
**by-laws** 38:16

---
**C**
---

**C** 2:2 4:2 139:2,2
**calculator** 111:14
**call** 26:10 49:4 62:11 73:3,8 75:16
98:14,17 99:19 137:14
**called** 42:19 48:16,20 71:21 73:4,5
99:7,8
**calling** 48:21
**calm** 84:9

Slimscript Copy: IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

came 23:15
cap 54:21 55:19,21 56:15 57:3,6,8
  57:14,19
capacity 6:15 30:10 74:3
capital 26:20 55:21 62:6
careful 40:6
carefully 40:16
case 6:5,25 7:2 9:20 25:8 35:19
  61:9 132:3 135:22
cases 7:14,24 15:2 33:22 47:14
  129:18
cash 26:2,3,6
cast 69:17
catastrophic 65:16,18 68:24 69:5
categorizes 58:6
cause 65:18
caused 61:11 126:10,11
cease 14:15
cell 60:16
central 76:12
cents 110:12
CEO 90:18
certain 17:12 31:9 46:13,24 55:8
  64:18 65:25 70:25 77:19 78:3
  79:18 95:10,19 128:24
certainly 58:9 90:13 92:3 110:8
  116:4,13
certification 3:6 36:4 104:3,12
  105:19 109:3 115:15
certifications 103:23 105:23
certified 35:24,25 40:5
certifies 116:6
certify 33:7 139:3
cetera 24:6 41:18
chairman 11:17 12:5 73:7 82:20
  90:18
chairman's 73:13
challenge 127:7
change 41:20 82:23
changed 12:16,19 22:8 38:23
changes 61:16 69:20
characterization 126:18
charge 92:12
charged 30:14
check 68:15 115:20
Chinese 92:14
chosen 55:3
churning 65:7
circumstances 118:22
claim 15:17 33:15 101:11,13
  137:16
claimed 5:25 7:4
claims 15:20 88:7 126:11
clarify 16:18
class 19:8 30:10,19 33:4,7,10,17,24
  34:3 35:24,24 36:5 43:20 85:15
  94:24 95:5,11,13 101:11,13 102:4

102:13,17 106:17 116:16,25,25
  118:23 119:9 128:17 129:20,25
  132:22 137:15
classes 19:7 31:18
clear 27:10 49:4 51:2 100:10
  113:15 118:21
Clerk 8:6,13,15
client 36:15 65:11
close 18:13 46:4
CoAmerica 108:3
coding 60:17
collect 12:24 16:5 133:7
collected 10:6 51:20 76:14
collection 119:17,19
collective 16:6 17:3
Columbia 10:16,20 18:16
column 122:13,15,19
come 46:4 132:6,19
comes 7:24 24:13 87:18
commencement 139:7
comment 67:2
Commenting 90:17
commitment 67:7
common 39:19
communicated 78:23 79:4
communications 48:13 87:16
companies 56:3 72:6 77:11 78:11
  78:13 130:11
company 21:21,24 57:4 61:25
  71:20 77:15 78:7 83:14 88:19
  91:2,16 93:2 99:8 126:5
comparatively 66:17
compare 18:7 106:3
compared 70:5,14,23
compensated 75:14
Competing 93:23
complaint 36:17 85:15 86:2,4,6,14
  87:4 97:3,6 101:16,20,25 103:3
  117:19 119:7 126:16
complete 20:7
completed 136:12
completely 14:19
computer 108:16
concerned 68:18 75:8
concerning 43:24 125:8 133:14
  134:19
condition 79:21,25 80:5
conduct 88:24
conducting 96:11
conference 98:14,17 99:19 137:14
confess 42:25
confident 121:22,24
confidential 36:18,20,25 37:4
confirm 108:24 123:7
confusing 126:15
connected 17:10 139:14
connection 6:9 8:24 18:23 23:23

43:12 48:14 93:12 136:5
consider 49:22 63:13,25 78:8 97:19
considerably 18:12
consideration 23:18 24:5
considered 47:11 63:12
consolidated 36:14,17 85:14
  101:10,12 137:15
consult 39:20 71:17
consuming 23:11
contact 24:9 35:9 42:24 50:23
  68:23 131:24 132:5,9
contacted 130:25 131:8,23 133:14
contained 99:11
contingent 135:11,12
continue 14:12 112:24 123:22
  126:19 128:20
CONTINUED 138:2
contract 6:23
contractor 7:3
contrarient 64:12
contributions 16:5 17:21
conversation 81:20 82:2,15 87:14
  103:7 133:19,22
conversations 83:8 87:7,12
converse 82:21
copies 75:3
Cordes 13:23 14:8
corner 59:10,14 120:4 122:4
corporation 55:22 81:9
correct 17:15 18:25 19:3 20:18,19
  20:23 21:12 29:15 34:21,22 53:7
  56:9 61:22 63:3 66:3 67:14 78:7
  83:25 86:8 96:10 106:7,8 110:9
  110:25 111:24 115:22 117:3
  122:11 123:18,21 124:25 127:15
  127:20
correction 128:4 140:3
correctly 121:23
cost 33:18 111:15 112:2 122:13,15
  135:9
costs 33:12 135:19 136:2,3
counsel 10:6 11:7,8,10 12:12,16
  13:2,18 20:8 30:14 31:13 32:2
  34:24 35:4 47:14 85:15 93:10
  106:24 107:7 113:21 119:20
  123:4 129:16,17,23 131:2,14,23
  131:24 132:24 133:9 134:19
  139:10,18
counsel's 35:10
country 16:14 17:13 37:20
county 8:3,4,6,7,14 14:9 37:18
couple 4:21 13:20 26:23 27:18 56:6
  106:10 132:18
course 5:10 13:5 23:18 30:4 56:16
  91:2
court 1:2 3:18 7:7 8:24 9:16 13:12
  28:20 30:17 32:23 33:6,11 35:12

Slimscript Copy: IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

35:15 37:18 93:5,11 135:24
**courts** 8:6,13,16 33:19 35:18
**covered** 52:5 116:19
**covers** 12:14
**credit** 92:17
**creditor** 37:10
**criminal** 29:16
**critical** 50:13,14,15,16 108:8
**crutcher** 2:11 4:16
**cumbersome** 119:24
**curious** 103:17,20
**current** 11:5 12:5 18:6 20:2 21:5
  26:15 27:12,16 32:12 37:7 46:2
  88:7 95:13 111:19
**currently** 11:19,22 15:3 16:3,14
  17:23 18:3 19:5,8 22:3 25:13,18
  35:13 36:11 45:18 52:12 78:3
  102:21
**custodian** 107:19,22,24 108:11
  121:18
**customer** 92:20
**customers** 126:10
**cut** 33:18 55:4 66:24

## D

**D** 4:2 137:2 138:2
**Dahab** 41:15,23 49:20 54:24 58:6
  66:24 67:12 68:20 69:14,25 72:22
  72:24 74:11,17 75:6,12 76:10
  77:3 82:20
**Dahab's** 48:18 50:3 71:15 74:9
  75:9 76:4 77:4
**daily** 121:19
**damages** 33:16
**damn** 83:21
**danger** 71:24
**data** 69:25
**date** 20:16 35:19 58:25 67:21 89:15
  94:6,15 95:10,23 96:2,6,10,19,23
  97:8 98:11,19 101:15 104:9,18
  106:14 107:14 113:25 118:12
  120:3 125:11
**dated** 89:13 98:3,9 137:8,12
**dates** 13:25 34:9 123:15 128:15
**Dave** 133:4
**day** 42:14,16,17,18,19 98:14
  108:15,17 121:18 133:18 136:18
  139:5,20
**days** 42:17
**day-to-day** 15:19
**deal** 15:22 53:9
**debt** 37:23 38:12 39:5
**Decatur** 93:25
**December** 1:14 42:22 43:13 44:11
  45:2 58:19,23 101:2 137:7 139:5
**decide** 4:24 54:21 133:15
**decided** 47:15 48:6 124:8,14

**deciding** 22:13 23:5 125:3
**deciduously** 75:6 76:7
**decision** 23:12 40:20 47:17 49:23
  54:18 55:6 69:24 129:4,7,11,15
  135:5
**decisions** 15:20 19:17,22,23 21:14
  22:18 24:22,24 25:13,18,20 35:19
  35:21 39:12 80:16,24 81:2
**declaration** 48:2
**defendants** 4:18 9:20 36:12 88:9
**defended** 7:2
**define** 33:24 101:6
**degree** 10:15,20 18:17,19 32:5
**degrees** 18:15
**deletions** 27:18
**deliberately** 88:13,16 90:7 91:10
**delinquencies** 37:15 38:2,4
**delinquency** 12:24
**delivered** 92:19
**department** 77:5
**departments** 76:23
**depends** 60:21
**deposed** 5:13,17,17,19 19:12 29:18
  29:22
**deposition** 1:10 3:15 5:22 136:12
**depositions** 6:8,12 30:16
**describe** 12:18 16:2,24 55:18 60:9
  60:11 65:14 66:5 70:9,11,17,19
  88:6 92:8
**described** 7:12 30:23 44:23 59:15
  69:6
**describing** 41:10
**description** 10:12 137:3 138:3
**detailed** 74:10
**details** 91:19 127:4
**determine** 29:23 68:16 93:6
**Deutsche** 108:3,4,6
**developing** 60:23
**device** 33:11 60:18
**devices** 60:13,17
**devote** 42:16
**devoted** 13:6
**differ** 64:4
**difference** 33:16 103:18,20
**different** 39:8,9 55:12,13 63:2,2
  72:6 99:23 102:16 106:17 107:8
  111:8 113:3 116:5 120:11
**differentiation** 63:9
**differently** 69:17 127:23
**differs** 64:10
**difficult** 28:20 84:10
**diligence** 23:9,23
**direct** 15:18 87:10,23 101:24 103:6
  124:22
**directed** 10:2
**directions** 11:16
**directly** 17:10 73:6 78:23 79:4

125:14 139:16
**disagree** 119:11
**disagreement** 134:13,18 135:3
**disagreements** 135:8
**disastrous** 62:20
**disclose** 105:24 127:15
**disclosing** 87:16
**discouraged** 39:23,24
**discovered** 133:12
**discretion** 77:23
**discuss** 80:23 81:3,8,15 82:24 103:7
**discussed** 43:19,23 49:12,19 50:2
  83:4 87:20 102:11 125:14 129:19
**discussing** 82:18
**discussion** 43:15 45:4 49:17 57:10
  67:10 83:11 109:21 125:16
**discussions** 83:13 125:6
**disgruntled** 40:13
**dismiss** 42:2
**dismissed** 32:23 65:8
**dismisses** 135:24
**dispute** 100:4
**district** 1:2,3 35:14 93:16,18
**diversity** 64:15
**document** 20:6,8,13,19 47:19 51:19
  51:20,23 52:6,13 58:4,5,16,17
  59:3 67:25 85:21 89:7 94:8 98:20
  100:7,11,15,22 101:3,7,21 103:25
  104:2,6,15,21 105:8,11,16 107:11
  110:9 113:18,23 114:5,10 118:3,4
  118:17 119:23 120:22,25 121:3
  121:23 126:2 137:4,17,18,20,21
**documents** 9:19,23 10:3,5 15:17
  34:23 35:4 46:22 74:19,22 75:4
  76:19 93:11 106:24 107:16 109:6
  114:7 115:20 116:19
**doing** 55:25 56:6 60:4,25 65:9
  111:23
**DOL** 13:8 28:9,12
**dollars** 92:18
**domestic** 7:23 15:2
**done** 49:5,6 79:9 132:7
**doubled** 18:9,11
**down** 33:18 54:21 55:4 59:16 64:12
  82:5,7 83:22 84:2,12
**draft** 54:11,12
**drafts** 54:14
**driven** 63:10
**drop** 82:11 83:2
**dropped** 32:19,22 82:10,12
**due** 16:11 23:9,22
**duly** 4:3 139:6
**dunn** 2:11 4:16
**during** 9:11 34:4 42:15 43:17 45:6
  49:13 51:12 60:5 61:22 62:14
  65:25 67:20 74:22 88:10 99:6
  112:9 117:7,12 118:23 121:4

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

127:17 128:6,24 131:4 133:19
**duties** 13:12 23:21 30:22 31:10
**duty** 40:8,14,15
**D-A-H-A-B** 41:11

_____

**E**

E 2:2,2 21:21,23 137:2 138:2 139:2
139:2
**each** 28:18 41:8,12 46:13 49:22,23
54:6,8 67:19,22
**earlier** 43:13 71:22 78:6 96:14
101:19 116:24 131:7
**early** 8:19 88:22 131:4
**earnings** 22:11 62:12 65:17 69:9
71:24 79:14 80:7 81:18,23 82:16
83:15 87:18,22 88:11,12,15 89:3
89:24 90:5 96:8 97:14
**easier** 52:16 58:16 108:22 109:5
**Eastern** 93:16
**educational** 10:12
**Edward** 90:18
**effect** 3:17
**effort** 9:12,14 79:14 93:8
**efforts** 93:12
**eight** 8:16 99:22
**either** 24:6 28:11 79:4 98:24
**elected** 8:17
**elective** 7:25 8:5,9,20
**Electric** 66:18,21
**eliminates** 33:20
**embarrassing** 41:17
**Emcore** 99:8 125:22 127:12 128:8
**employ** 139:17
**employed** 17:20 78:23 79:5 134:4,8
**employee** 5:23 42:23
**employees** 7:15 11:12,24 16:9 17:2
17:12 21:9 82:19 134:10
**employer** 37:18,25 38:3
**employers** 16:5 17:22 37:20
**employment** 11:2 14:23
**enactment** 12:20
**end** 45:7 46:15,19 85:9
**ending** 58:19,22 59:21 137:6
**engaged** 13:15 73:21 92:20
**enough** 99:25
**ensure** 115:14
**ensuring** 30:21
**entire** 22:6 42:17 85:21 100:11
128:13
**entirety** 94:18
**entitled** 104:2
**entries** 90:9,12,19
**equities** 38:10
**equity** 39:5 45:19,22 63:9 64:24
**ERISA** 12:20 13:4,6,10 30:6
**ERRATA** 140:2
**Errors** 90:19

**escapes** 45:14
**ESQ** 2:7,8,14
**essentially** 33:15 63:21 104:23
135:23
**estate** 6:22 26:12,17,19 27:19
**estimate** 72:12
**et** 24:6 41:18
**eternity** 86:3
**even** 63:13 72:11
**event** 52:6 69:5
**ever** 5:13 6:14 7:6 19:12 28:7 29:2
29:6,12 33:2 36:22,24 47:3 48:12
50:16 52:18 71:17 78:18,22 79:3
79:9 80:20,23 81:15 99:5 114:5
121:11 125:6,16 127:14 134:5,9
**every** 5:11 27:21 28:4,9 35:8 37:16
39:16 49:18 61:17 62:3 68:4
108:15,17 121:18
**everybody** 84:8,14 91:17
**everything** 54:12 116:2
**exact** 73:25
**exactly** 32:25 51:15 64:3 65:2
73:15 108:17 124:10
**examination** 4:7 139:4,12
**examined** 4:5
**example** 17:11 27:15 29:3 56:4
60:15 66:7,16
**exceed** 62:17
**except** 3:10 54:12
**excess** 46:8 66:5
**excise** 86:20
**excuse** 51:9 52:19
**execute** 125:3
**executing** 81:2
**exhibit** 20:12,15 26:16 27:12 39:17
52:22 58:18,24 89:8,14 93:15
94:5,12,14,19 96:9 98:3,7,10,12
98:18,21,24 99:11,12,15,21
100:18,25 101:10,14 102:8,12,16
103:24 104:8,11,17,19 105:13
106:4,4,5,7,23 107:6,13,17
108:23 109:9,13,18 110:2,7 111:4
111:11 112:19,23 113:10,16,22
113:24 114:3 115:15 116:5,8,24
118:4,11,13,14,15 119:14,16
122:7,25 123:2,6,9,13,22 124:2,6
124:20 130:5,7
**exhibits** 107:8 137:3
**existing** 26:5
**expect** 64:14 66:19 82:11
**expectation** 64:17 65:24
**expectations** 62:5
**expected** 63:6,23
**expenses** 30:14
**experience** 13:5
**expert** 7:22 61:2 83:17 86:5
**expertise** 76:11

**explain** 73:16
**explained** 87:21
**extent** 31:23 33:16 80:16
**extremely** 39:22
**eyeballing** 111:19

_____

**F**

F 4:2,2 139:2
**fact** 26:24 32:17 56:11 81:17 82:7
83:14 86:10,23,24 91:11 97:12
**facts** 86:18 88:17,21
**factual** 86:8
**fair** 30:15
**fairly** 12:21,21
**fall** 61:3
**false** 86:8 96:21,25 97:10,18,22
99:10,14 100:6,12,21 101:6
117:10
**familiar** 89:22 99:12 125:24 129:19
**far** 10:9 11:4 33:5 34:15 76:3 92:11
farther 84:2
**February** 89:9,13 95:4,9,14 96:6
96:10,16 102:6,14,18,23,25
112:10,17,25 113:8 116:7 117:2
117:22 128:14,21 131:6 137:8
**federal** 28:3 29:7 35:14 94:24
102:4 104:4,12
**fee** 135:11,12
**feel** 4:25 121:22,24
**fees** 30:13 65:10 110:13
**Felice** 12:6
**fell** 88:18
**felt** 47:24
**few** 9:4 27:13 103:4,21
**fickle** 83:18
**fiduciaries** 30:6
**fiduciary** 30:7,9,18,22 31:10 38:19
40:14,15
**field** 86:5
**fifteen** 9:10 39:6
**figure** 111:13
**file** 15:23 37:17 75:7,24 76:3,12,16
80:17 105:19
**filed** 28:3 36:15 85:5,9,16,23 89:10
89:13,25 93:24 94:9 96:2 98:4
101:20 137:8
**files** 52:12
**filing** 3:6 27:20 59:9,12 93:15,17
97:23 104:22
**filings** 77:11,15 97:21
**final** 101:21,21
**financial** 60:21 66:20 79:19,20,25
80:5 84:19,23 85:3 86:11,25
91:11 128:3
**find** 76:24 109:19
**fine** 51:25 107:9 114:15 129:21
**fire** 26:9

Slimscript Copy: IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

fired 26:4,24 27:5
firing 27:2
firm 4:15 7:17,18,19 14:9 133:11
    135:5
firms 13:21,22 14:2 21:13
first 4:3 42:17 54:18 58:13 71:20
    72:19 84:20 85:3 86:12 87:2
    88:21 89:25 90:6 91:9 94:23 96:3
    96:19,23 97:8,23 101:24 102:3
    104:19,20 105:15 110:2,23
    127:17 128:3,6 130:25 131:24,25
    132:5 133:13
fiscal 58:19,22 137:6
five 5:20 9:5 14:9,18 22:24 23:19
    28:5 32:7 45:23 46:3 53:3 66:24
    67:21
five-minute 88:3 116:21
flow 26:2,3,7
focus 62:10 76:10
followed 50:4,9
following 80:6
follows 4:5
force 3:17
foreign 92:12
forget 24:15 27:6,8,9 32:24 130:3
form 3:10 58:22 86:15 89:10 98:4
    100:25 114:6,7 120:24 121:3
    137:6
formality 91:3
former 5:23
forms 28:4
forward 133:16 135:15
four 14:9 22:9 126:23
Fox 22:4,8 23:13,17,24 24:3,7,10
    24:19 25:9 27:15 42:23 43:8,22
    44:10,19 45:11,15 49:3,12 50:17
    51:11 55:17 56:11,21 57:12,13,21
    59:25 70:3,16 72:6 78:9,13 80:4
    103:12 113:2,19 115:6,10 116:12
    118:5,8,10 124:8,14,18 125:2
    137:23 138:4
frame 52:2
frankly 69:13
fraud 90:24 92:10
fraudulent 97:16
fraudulently 88:12,15 90:7,8 91:10
frequently 35:5,7 49:6
from 10:17 11:3 12:16 14:5,17
    18:16 20:11,20 23:10,20 27:10
    34:24 35:4 43:8 44:19 47:6,23
    48:8 49:25 54:2 55:13 62:24 65:3
    77:2 86:20 91:15 95:14 99:8
    102:17 107:19 108:10,21 112:10
    116:9,25 118:5,8,10 121:8,17
    126:4 132:6 137:23
front 108:23 109:7 123:2
fulfill 30:22 31:10

fulfilling 38:19
function 15:10,11 73:23
functions 12:8 15:4,19
fund 1:10 2:5 5:24,25 13:3 26:20
    53:8,8,25 63:20 93:25
funds 18:3 21:14,23 26:11,12,16,17
    27:19 45:24,25 46:10,17 52:20,21
    53:24 72:16 78:9
further 3:9,14 87:24 93:21

_____
          G
_____

gain 122:20
gather 30:17 45:6 50:6 55:13 62:24
    75:5
general 38:5 66:18,20 73:23 82:14
    82:17 83:10 126:12 127:2,6
generally 12:18 39:7 61:8 64:5 75:7
gentleman 24:12,14 42:4 45:14
    92:12 130:21
gentlemen 50:25
getting 32:20 40:7 69:21 87:24
gibson 2:11 4:15
give 10:11 13:25 35:6 49:24 51:8
    72:11 75:16 100:4
given 6:8 7:6 52:2 55:9 58:5 72:8
    115:19,20
gives 32:4 48:2,4 69:25
go 37:16 40:3,19 48:25 65:24 68:15
    84:2,12 115:20 123:6 133:16
    134:24
goal 62:16
goes 81:23 83:22 135:15
going 4:20 5:3,5 6:11 11:4 25:25
    31:5,19,21,23 32:4 58:17 65:21
    65:24 67:4 79:13 82:5 83:2 84:12
    85:17 88:24 89:3,7 91:18 98:2,13
    101:3 118:3 121:25 129:3 133:7
gone 27:9 42:5 82:7
good 4:14 40:7 51:10 55:2 61:17
    62:19 66:2 91:4 111:22
Goodheart 13:23 14:4,6
government 28:11
graduate 10:17 18:15
graduated 10:24
grateful 9:16
greater 26:13 53:17
grievances 15:23
group 40:25 41:3 56:8
grow 61:21
growth 54:20 57:19,23 60:7 61:17
    61:19,24 64:8,9,11
guess 16:22 47:21 60:6 66:2 96:7
    110:13 111:20
guy 41:24

_____
          H
_____

H 4:2,2 90:18

half 17:19 22:5 134:2,3
halfway 120:2
hand 101:22 139:20
handed 117:17 119:14
handle 15:23 37:14,15
hanky-panky 92:21
happen 26:10 65:21 82:22
happened 32:24 40:18 65:16 80:20
    82:23
happens 68:19
happy 107:5 119:18
hard 70:11
having 4:3 14:15 33:21 75:10 82:15
head 111:23
heading 94:21
health 5:24,24 13:2
hear 71:20 73:14 84:3 85:7 101:18
heard 93:3
Heartland 81:7
heavily 61:13 77:19 78:3
heavy 66:23
hedge 26:11,16,20 27:19 52:19,21
    53:8,8,10,24
held 1:11 7:25,25 8:9,20 12:11 66:7
    66:17 67:6,11 99:3 109:22 113:7
    139:5
helpful 33:19
helps 73:19
heretofore 48:6
heretofore 139:19
he'll 66:25 67:22 68:22 74:24
high 60:5,18,19,24 61:16 63:15,17
    63:17
higher 63:7,18,23,24
highly 91:18
high-risk 63:16
high-tech 60:12,14 61:7 78:7,11
him 6:2,23 7:5 41:17 48:16 49:4,7
    50:23 69:25 75:16 97:5
hire 41:6
hired 21:13 26:4 42:3 132:23 133:5
history 11:3 127:2
hoc 25:23
Hoffmann 13:23
hold 8:5 64:23 65:12,22 66:2,3 67:2
    81:22 84:6 108:18 112:24 128:21
holding 128:25
holdings 115:4,6,9,10
holds 107:23
hope 18:4 64:21 65:19 76:15 83:20
hopefully 46:23 52:15
hospital 17:12
hospitals 17:11
hour 5:11 133:24 134:2,3
hours 4:21
house 11:8,10 12:12,15 13:18
Howard 73:10

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

hundred 33:21
hundreds 37:15

---

**I**

ID 120:6
idea 31:19 57:7 72:10 135:17
identification 20:16 58:24 89:15
    94:6,14 98:10,19 101:14 104:9,18
    107:14 113:25 118:12 137:3
identify 100:12
identity 37:3
images 77:6,8
imagine 68:14
imaging 76:17,19 77:7
immediate 42:2 69:12
immediately 41:20,25 69:2
impending 132:13
implicate 46:13
implying 50:12
import 98:6
important 38:25 40:11
improper 80:11,14 90:9,12,19
    91:19 127:15
improperly 127:10
improprieties 91:6
imprudent 47:15 48:7 64:2
inc 1:5,23 2:12 21:21 104:3
inches 68:3
include 54:10 86:16 116:9
included 17:5 23:17
inclusive 95:5
income 59:15,20
inconsistent 56:24
increase 55:23
increased 18:13
independent 87:20 132:13
indicate 5:2 59:19,23 113:10
    122:15,20
indicates 90:10,15 123:18
indicating 90:15
indirect 124:23,24
indirectly 139:16
individual 4:17 6:15 41:2 66:10,14
    71:17 84:13 88:8
individuals 130:17
industries 17:8,9,14 77:20,23 78:4
    81:7
industry 60:9,12 61:18,19 62:3,3
inferior 126:9
inflated 117:6,10,14,16,18,21,24
    118:25 119:8
influence 31:24,25 32:5
inform 81:11
information 30:18 65:21 115:18,23
    125:2 132:7,8,11
INFORMATION/DOCUMENTS
    138:3

infrequent 67:8
initial 52:5
injured 33:13
injury 118:24
innumerable 7:23
inside 65:20
instance 131:24,25
instances 82:22
Instead 33:21
instructions 9:12
instruments 1:5 2:12 4:17,18 43:16
    44:17 45:5 46:18 51:14 56:11,14
    56:23 57:18 58:13,18,21 59:24
    60:10 62:8 71:21 72:4 75:20
    78:19,24 79:6,10,18,21 80:5 83:5
    84:16 88:8 89:10,14 104:3 115:5
    125:22 137:6,9
insulating 40:10
insulation 40:2
intended 5:8
intending 63:14 116:18
interest 34:21 37:22
interested 139:16
interfere 80:15
internal 47:7 88:25 90:20 96:12
internally 125:17
International 130:14
Interplex 4:12
interpretation 15:16
interpreted 13:11
interview 23:8 55:3 73:19
inventory 97:15
invest 16:10 22:14 47:16 53:20,23
    56:8 63:6,23 72:7 77:12,16,19
invested 21:23 22:3,7 34:4 38:10,12
    58:13 61:13 78:3,14 84:16 86:24
    116:15
investigated 29:13
investigation 29:3,7 79:24 88:25
    96:12
investigations 23:9
investing 47:23 53:14 54:2 88:16
    125:9
investment 6:24 17:24 18:11 19:17
    19:23 21:13,18 24:23 26:13,14
    38:7,10 39:11,21 40:20 43:16,22
    43:24 44:5,6,17 45:5,19,22 46:6
    46:17,18 47:12,17 51:14 54:6,9
    54:13 55:12,16 56:22,25 57:20,23
    59:24 62:7,10 63:3,7,16,16 64:3
    64:24 65:23 66:14,18,21 70:5
    72:4 75:20,22 80:16,24 86:17
    111:15 112:2 115:13 116:15
investments 38:18,20 40:3,12,19
    46:3,8,14 56:10,20 64:17 65:13
    66:8,10 69:16 71:13,18 72:16
    74:7 78:9,10 81:4 111:16

investor 53:13
investors 88:16,18
invests 53:5
involved 15:13 34:5,6 38:3
involving 7:14 8:3 11:13
in-house 126:8
irrational 83:24
irrationally 84:7
IRS 13:8,9 28:12
issue 33:21,22 94:10
issued 35:18 50:16 92:2,4
items 122:2

---

**J**

January 106:6,9 109:11,15 113:14
    116:10 120:4 122:5
job 12:22 13:17 15:4 76:9 91:4
jobs 15:7
John 36:9
judge 14:6 35:16
judgment 37:16
judgments 37:7,10,24
June 42:22
just 5:7,10,11 13:12 28:17,20 30:23
    32:3,11 33:23 42:18 44:22 51:2
    53:14 75:13 84:13 85:19 88:11
    94:20 100:18 101:25 103:17,20
    107:17 111:19 118:20 119:14
    121:4 123:7,23 125:15 127:6

---

**K**

keep 28:20 44:8 49:9 75:24
keeping 31:22 34:25
keeps 32:2
kept 44:2,4
key 38:18 41:21,24
Kiernan 36:9
kind 54:19 92:20
kinds 30:17 74:19
King 13:23 14:8
Kluttz 75:11 77:2 82:20
Kluttz's 73:12,17 75:18 76:4,8 77:7
know 4:23 5:7,9 10:9,10 24:2,17
    25:4,11,11 29:18 33:5,6 34:6,9,12
    34:15 35:12,16,18,21,23 36:7,9
    36:11,20 37:3,14 45:20,21 46:2,5
    46:20 50:9 53:5,16 58:12 62:4
    64:6,25 66:25 70:15 72:10 73:4
    74:14,15 75:17 76:16 77:6,7
    78:13,21 79:2,7,23 80:2,3 81:21
    82:6,8,12 84:18,22 85:5,8 87:17
    91:19 95:20,24 96:5 99:2 102:20
    113:9,14 115:7 117:24 121:22
    124:25 125:13 128:9,22 129:2
    133:2,11
knowing 32:3
knowledge 18:5 19:6 28:2 29:14

---

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

37:2 50:18 57:11,16 79:10,11
  80:21 85:13 87:17 123:24 124:4,7
  124:11,13,18,22,23,24 126:13
  127:14 134:4,7,12
**known** 73:6 88:14,17,21 89:2,4
  96:16
**K-L-U-T-T-Z** 73:10

_____

**L**
_____

**L** 3:2
**LalChandani** 93:24
**lapsed** 25:25
**large** 11:18 25:9 54:21 55:18,21,21
  56:15 57:6,7,14,19 60:21 66:17
  67:7
**largely** 61:5 77:23 78:10
**largest** 21:17 45:19,22 46:6
**last** 5:18 9:7 14:21 22:9 24:10 27:4
  28:4,14 32:7 43:7 44:21 51:12
  57:13 61:11 67:21 69:4 75:18
  78:16 114:18 118:19
**later** 14:7 108:2
**laughing** 50:6
**law** 10:23 12:25,25 13:20,22 18:17
  18:18 28:10 31:5 40:5 93:20 94:4
  133:11 135:4 137:10
**laws** 104:5,13
**lawsuit** 6:15,18
**lawyer** 31:5
**lead** 19:9,14 29:24,25 30:3,8 31:9
  31:13,16 32:8,18 33:2 34:13,15
  34:18 35:4,25 93:6,13,22 94:10
  104:25 128:23
**learn** 72:19 82:3
**learned** 79:12,17
**learning** 13:5 99:5
**least** 35:8 39:6 41:13 62:11 113:12
  132:18
**leave** 7:15 41:22 107:5 119:18
**LED's** 60:15,16
**left** 42:5 122:3
**legal** 15:11,15,18
**less** 9:5 13:13,13 50:14 53:3 62:20
**let** 4:23 5:7,9 20:5 26:18 28:17
  100:10
**letter** 52:4
**let's** 11:2 18:7 58:15 88:2 93:14
  98:6 101:9 103:24 104:10 106:22
  113:21 123:22
**level** 46:3
**licensed** 19:2
**liens** 37:11,19,25
**life** 28:19
**like** 4:25 37:21 40:12 47:24 62:10
  65:16,18 68:19 80:17 81:7 86:3
  92:15 103:15 108:6,10 126:23
**likewise** 81:10

**limited** 90:21
**line** 60:8 90:14 127:5
**link** 111:9
**liquidate** 81:12
**list** 20:7 21:4,5 27:11
**listed** 21:20 26:16 39:17 52:22 57:5
  57:18 58:2 59:9,13 75:21 111:11
  112:18,21 114:14 123:5,8,11,16
  124:2,6,20 130:4
**listening** 99:18
**listing** 21:16
**literally** 37:15
**litigation** 1:6 4:19 13:7,7 14:25
  19:13 31:19,25 32:13,15 33:19,20
  34:24 86:5 130:11,12 131:16
  132:14,23 133:6,10 134:15,20
  135:10
**litigations** 19:6,10 32:6
**little** 65:3,4 119:24
**LLP** 2:11
**local** 132:23
**located** 37:19
**locating** 52:16
**location** 11:20,21,23
**Locust** 1:13 2:5
**long** 12:11 39:4 49:9 52:24 61:16
  62:18 64:25 67:25 74:2 101:2
  132:16 133:13,21,23
**long-term** 71:9
**look** 5:5 20:8 56:5 59:8 67:3 89:7
  94:8,19 96:9 102:8 103:22 104:19
  105:13 108:10,19 109:4 110:16
  113:17 114:16 118:2,13 119:14
  122:24 123:22 125:19 126:24
  130:6
**looked** 86:6
**looking** 81:6,6,9 100:24 111:21
  120:11,16 122:12
**looks** 20:18 89:22
**loose** 57:9
**lose** 126:10 129:3
**loss** 114:23
**losses** 61:22
**lost** 34:5 42:25 43:22 51:16 88:18
  103:14 104:24 112:13 113:5
  123:19 128:23
**lot** 15:15 25:4 33:12 38:24 65:6,9
  67:2 99:23 126:7
**lots** 37:19
**low** 66:5
**lower** 62:16

_____

**M**
_____

**M** 4:2
**made** 6:23 17:21 25:20,23 26:23
  49:23 54:18 56:11 66:11,15 73:6
  80:4 86:17 87:8 91:9 92:14 93:8

96:20,24 97:9,18 103:12,13
  106:11 111:16 113:3 123:25
  126:9 129:4,7
**main** 35:9
**mainly** 17:8,13 130:19
**maintain** 76:4
**maintained** 76:14
**maintaining** 76:18,25
**major** 41:20
**make** 9:12,14 15:20 16:8 21:13
  24:13 30:11,13,15 32:3 38:20
  39:11 40:20 42:7 44:10,16 49:21
  51:4 52:16 53:17 55:6 60:16
  62:11,18,20 65:8,9,10 68:18
  69:24 71:12 74:12 77:18 79:14,19
  80:13,24 83:21 118:20 123:6
  129:15 135:5
**makes** 25:13 40:11 41:12 62:13
  74:7,10,15,16
**making** 19:17,21,23 24:22 25:18
  28:19 40:7 56:7 69:19
**management** 7:16 15:24 22:4,8
  23:13,25 24:8,10,20 25:10 27:15
  42:24 43:9,22 44:10,19 45:12,16
  49:3,12 50:17 51:12 54:6 55:17
  56:12 57:12,14 70:3 72:7 78:10
  78:14 80:4 82:23 90:11 113:20
  116:12 118:6,8,10 124:14,19
  125:2 137:23 138:5
**Management's** 56:22
**manager** 23:14 27:5,7,25 39:19
  40:11,17,21 41:8,12,15,17,22
  42:3,4 49:18,24 52:25 53:12,20
  54:7,13,14,19,20,20 55:19 56:4
  63:10,12 65:6,13 67:5,19,22
  69:22 71:5 82:25 121:15 124:8
  125:15
**managers** 7:14 8:25 9:9 19:25 20:3
  21:4,6,8,16 22:14 23:5,8 24:4
  25:5,14 26:4,5,8,9,11,15,25 27:2
  27:12,16,17 39:9,11,17 40:6,23
  41:5 42:7,18 44:5,7 46:13 50:13
  51:6 53:25 54:8,16,25 55:4,9,13
  56:25 62:22 63:2,5,9,22 64:4,6,11
  64:18 65:2,23 66:4 69:19 70:14
  70:23 72:17 73:20,25 77:24 80:23
  115:9 116:15 121:9,17
**mandated** 38:15
**manner** 31:25 58:3
**manufacturers** 60:14
**manufactures** 60:13
**manufacturing** 126:7
**many** 5:15 6:7,17 8:23 9:2 12:2
  16:13 17:9,13 28:13 31:18 32:6,9
  37:16 38:24 72:6 83:7 87:6 113:6
**margin** 47:3,6,12,15,23 48:5,10
**mark** 20:5,12 58:15,17 89:8 93:14

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

98:2,6,13 101:9 103:24 104:11
106:22 113:21 118:3
**marked** 20:15 58:23 89:14 94:5,11
94:13 98:9,18,20 100:25 101:13
104:8,17 107:13,17 113:24 114:2
115:15 118:11 119:19 123:13
**market** 83:24 84:7
**marketing** 25:5
**marriage** 139:15
**Marsh** 130:11
**master** 123:12
**master's** 10:15,20,21
**materials** 44:14
**math** 111:23
**matter** 5:10,21 7:9 9:8,24 81:21
100:3 134:15,20 139:17
**matters** 7:10,11 11:12,14 13:7,8
15:16 86:13 87:4,8
**may** 3:15 15:23 48:13 49:5 50:19
58:7,9 62:25 81:5 83:8 94:25
110:22,23 112:22 114:22 120:8,8
123:16
**maybe** 21:25 27:18 84:9 103:22
116:22
**MBA** 18:16,23
**McLennon** 130:11
**McMahon** 35:17
**mean** 13:16 28:11 29:25 32:23 35:7
53:16 55:20 57:15 61:19,20 68:22
70:13 74:7 76:21 84:5 91:5
115:24
**means** 55:24 56:17,19 70:22,24
90:13
**meant** 92:5
**measure** 41:5 71:10 73:22 75:11
**measured** 70:25
**measurer** 70:2 73:21
**measures** 41:6 74:5
**measuring** 69:18 76:8
**mechanics** 53:18
**meet** 81:4
**meeting** 42:19 43:13,17 44:5,22
45:6,10 49:2,13,23
**meetings** 24:13 25:6 42:6,10,17,21
44:3,20 48:15 49:10 50:21 71:14
74:15,23
**meets** 65:23
**member** 22:25 68:4 82:16
**members** 12:2,7 17:15 18:6,7 19:7
25:16 30:10,19 31:11,18 71:18
74:22 81:16 90:11
**membership** 16:24 17:16
**memorandum** 93:20 94:3 137:10
**memorialized** 47:18 54:5 135:12
**memory** 48:9
**mentioned** 8:18 9:11 17:16 34:17
42:23 43:18 68:25 81:21

**merely** 76:24 83:13 113:6
**met** 78:18
**metrics** 41:4
**Michael** 12:6 36:7
**middle** 70:17
**might** 23:16,19 26:25 27:13 41:19
48:16,20 53:24 56:7 65:21 73:6
73:11 81:19,23 82:3,9 113:15
132:10
**million** 17:19 21:25 92:15,18
**mills** 17:8
**mind** 28:21
**minute** 46:23 74:14 89:17 97:6
**minutes** 44:2,4 48:24 49:9 51:4
106:11 116:22
**misbehavior** 88:19
**misleading** 96:21,25 97:10,22
99:11,15 100:7,13,22 101:6
117:11
**Miss** 87:19 91:20 130:19 132:8,12
133:14 134:14
**moderate** 64:8 65:4,5,14
**moment** 89:21 123:23
**monitor** 40:8 66:10,14,20 71:13
73:9 133:10
**monitored** 40:17
**monitoring** 40:22 69:15,24
**montague** 1:12 2:4 130:18 131:15
131:21 132:17,20 133:3 134:6,9
136:5
**monthly** 108:14
**months** 131:11
**monumental** 50:25
**more** 13:6,6 45:23 49:25 50:12,15
62:19 64:18 75:22 77:19 78:3
113:4 133:24 134:2
**morning** 4:14,21 116:14
**most** 11:3 49:13 61:12 72:14
**motion** 52:3 93:21
**Motions** 93:23
**move** 83:25
**much** 17:23 22:3 50:15 82:12 84:2
85:25
**mull** 69:25
**multinationals** 81:6
**multiple** 33:20
**multiplied** 13:12
**Multi-Employer** 26:18
**must** 75:14 113:11,12
**Mutual** 130:14
**myself** 10:4 139:8,9

**N**

**N** 2:2 3:2 4:2 137:2 138:2
**name** 4:9,14 24:16,17,18 41:9
42:25 43:5 45:14 132:25
**named** 32:8,17 33:2 35:25 93:6,13

94:10
**names** 72:14
**narrative** 10:11
**narrow** 12:22
**nature** 51:5 67:16 94:21 102:2
**near** 101:21
**NECA-IBEW** 93:25
**necessarily** 63:8,15
**necessary** 11:4 94:17 105:18
**need** 4:25 5:8 51:3
**needed** 25:24
**negative** 26:3 59:20 83:20
**Neshamanay** 4:12
**net** 59:15,20 122:20
**Networks** 130:13
**never** 33:4 48:10,11 80:22 81:8,10
84:15 98:22 99:16 100:15,16
114:4 120:23
**new** 1:3,15,24 2:13,13 4:4 7:19
13:5 26:4 35:15 93:16,18
**Newman** 13:24 14:3
**news** 83:20 84:3
**newspaper** 91:15,21,24
**next** 10:20 110:18,19
**nine** 54:25
**ninety** 59:16
**none** 29:17 38:4 43:25 46:4,19
**nonprudent** 47:11
**nontraditional** 26:7
**non-hedge** 53:25
**non-legal** 15:3,7
**non-traditional** 26:11
**normal** 24:3 97:12
**Nortel** 130:12
**notary** 1:14 4:4 136:21
**note** 99:21 116:3 123:15
**noted** 51:16 52:7 116:24 136:13
**nothing** 50:25 56:17,20 84:12 86:7
136:3
**notice** 1:11 103:3
**notify** 41:24
**November** 90:23 98:4,9,15,17 99:3
102:6,17,22 112:10,17 116:7,10
117:2,22 125:10 128:12 137:13
137:14
**number** 17:18,19 18:6,7 36:18 55:8
72:15 95:6 122:13,19 130:16
**numbers** 20:14,25 104:7,16 107:12
119:24 137:5,17,19,20
**N.Y** 1:24

**O**

**O** 3:2 4:2
**oath** 3:16
**object** 15:6 86:15 126:17 127:22
**Objection** 91:13 95:15 134:22
**objections** 3:10

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

obligated 16:6 31:8,12
obligation 134:16,21 135:19,21
obligations 38:20
obtained 108:11
obviously 17:7 53:16 86:7
occasion 41:25 67:6 116:13
occasions 5:15 6:17,20
occur 42:13
off 67:9,11 109:20,22
offer 37:23
offhand 78:17
office 8:2,5,10 11:16,18 24:4 35:10
officer 3:16 36:8,10
officers 91:16
offices 1:12 8:21 76:13
official 77:9
off-line 125:16
often 35:3
oh 5:16 9:6 35:2 37:14 52:19 66:7
    111:12 120:12 130:9
okay 102:10 105:12 114:15 120:17
    123:3
old 7:18
once 27:8 44:24
one 11:23 27:3 32:11,14 33:23
    34:17 35:23 38:18 39:16 40:12
    41:19 42:14,16 46:9 52:23 55:9
    56:2 63:10 72:16 81:20 83:23
    92:24 103:2,3,12,21 105:22
    106:16 107:6 108:20 110:22,23
    111:6 118:21 120:7 121:19
    122:12
ones 37:13 40:8 109:2 130:2,10
only 12:22 14:22 16:19 22:11 24:12
    26:3 27:3 33:15 34:15 52:23
    80:16 82:22 87:6,17 116:11
    117:13 124:7 126:23 128:19
operates 60:10
operation 24:5
opinion 36:4 56:16 61:2 83:19
Oppenheimer 73:11
opportunity 100:17
opposed 53:14 102:23
opposite 61:15
Opposition 93:23
options 52:18,20 53:6,9,10,14,20
    53:23 54:2,10
oral 44:8 74:18
orally 66:25 79:5
order 16:9 31:10
ordered 10:2
organization 25:9
original 97:23 126:6
originally 128:6
other 7:11 8:9,20 11:23 12:7,9
    13:14,17,17 14:24,24 16:20 17:9
    18:15,16,22 19:5,10 28:19 29:8

30:10,19 34:12,13 37:25 38:3
    44:20,22 45:12 46:13 48:13 53:21
    53:23 60:14,16 68:15 70:5,14,23
    71:3,13 78:13,15 82:19,22 83:13
    86:10,23 87:3 91:10 95:22 111:6
    112:8,15,18 115:9,10 116:14
    127:20 129:11,18,24 130:20
    131:14,19 135:7,19
others 23:18 26:21 41:23 57:8 63:7
    63:24 64:19 77:20 78:4 115:7
    130:21
otherwise 25:3
ought 133:9
out 10:3 14:3,20 16:15 32:20 65:16
    65:19 66:25 76:24 80:18 83:25
    100:6 111:13,14 133:6
outcome 139:16
outfit 41:6,9 92:14
outfits 60:15
outright 53:15
outside 21:12 27:23 50:20 116:16
outsourced 126:7
outstanding 37:10,24 66:22
out-performing 71:9
over 6:11 14:21 17:18 22:9 28:18
    37:20 48:25 50:10 69:25 75:18
    122:12
overall 38:6 45:24,25 46:10,16 61:6
    67:23,23 122:25
overstated 88:11,12,15 89:23 90:6
overstatements 91:8
owed 6:2
own 5:11 7:16 13:21 22:11 75:13
    88:7
owner 126:6

————————————————
P

P 2:2,2 3:2
PA 2:6
pack 70:18
page 20:24 59:9,10,12,13,17 94:20
    102:9,11,12 105:3,16 108:19
    109:13,19 110:2,18,19 111:6
    114:17 118:16 119:23,25 120:3,5
    120:11,13,14,16 122:24,25 123:9
    137:3 138:3
pages 99:22 108:20 126:23
PAGE/LINE 140:3
paid 16:15 76:10
panic 65:19 83:22 84:4,11,14
panicking 84:8
paragraph 101:25 102:3 106:3,4
    109:18 110:7 111:4 118:14,16,20
    122:7
paragraphs 125:19,25 126:14
pardon 96:22 100:9 129:6
Park 2:12

parker 2:8 35:11 87:7,19 91:20
    130:19 132:8,12 133:14 134:14
part 16:11 53:8 60:21 93:17 131:4
participants 17:20 40:13
participate 23:7,12 129:10
participated 23:16
participating 43:20
participation 92:9
particular 18:21 25:16 39:21 54:23
    56:2 59:17 61:23 62:10 64:13
    67:7 71:18 121:5,5 124:15,20
    130:17 132:3
particularly 61:24
parties 3:5 139:15
partner 13:20 14:2
partners 13:22
parts 120:15
party 6:14,18 19:5 139:9
passage 13:10
past 22:20 26:25
pat 51:9
Paul 130:13
pay 5:25 7:4 16:11
paying 71:4
payment 6:23
pending 35:13
Pennsylvania 1:13 4:13 10:24
pension 1:10 2:5 7:15,24 11:7,13
    14:25 16:3,8,14,16,21,25 17:24
    18:2 19:4,18,20 20:20 21:5,9
    22:13 25:14 28:3,8,25 29:24 30:5
    30:20 31:2,7,15 34:14 37:6,9 38:6
    39:10,13,14,20 45:19 46:9 47:2,5
    47:22 48:9 51:13 52:9,17,25
    53:19,22 54:15 55:7 56:10 57:11
    57:18 62:5,25 63:19 64:6,17
    66:17 70:4 72:3,8 73:9 78:2,15,22
    79:3,8 86:18 93:19,25 94:4
    104:24 110:11,16 111:21 125:8
    134:5,14 135:4 137:10
pensions 16:9
people 8:3 16:20 17:20 33:13 82:18
    83:17 84:3
percent 18:14 22:6 38:11 39:5,5
    45:23 46:3,5,9 59:16 62:15 64:9
    66:24
percentage 21:18,22 38:9 46:16
percentages 38:15
Peregrine 26:19 52:22,24 53:5,7,21
performance 27:3,5 40:23 41:5,7
    41:14 50:2 51:8,9,10 55:2 60:21
    61:5,6 62:22 66:20 67:18 69:18
    70:24 71:8,11 73:22 74:6 75:11
performed 70:3
performer 70:10,12,13,13
performing 13:17 56:3 70:20
perhaps 15:25 31:4 32:2 54:24 57:8

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

66:25 75:16
**period** 6:11 22:22 34:5,6 64:23
    65:12,25 66:4 83:10 84:18 88:10
    91:12 95:5,7,8,11,13 102:13,17
    106:17 108:4 112:9 113:4 114:25
    116:16,20,25 117:7,12 118:23
    119:9 121:5 128:17,25
**periodic** 121:17
**periods** 116:5
**person** 5:17 25:5 41:22,23 42:25
    69:14
**personally** 9:22 29:12 71:12 79:20
    81:15 84:15
**personnel** 15:24
**persons** 33:25 34:3 83:4 128:11
**Peter** 43:5
**Pfizer** 130:13
**Philadelphia** 1:13 2:6
**philosophy** 47:18 54:9,13 55:12,17
    56:25 60:8 64:4
**phone** 73:3
**phones** 60:16
**phonetic** 24:15 43:2
**phrased** 127:23
**phyllis** 2:8 35:11 103:5
**Pittsburgh** 11:24
**place** 42:21
**plaintiff** 6:25 19:9,14 29:24 30:2,3
    30:8 31:9,16 32:8,18 33:2 34:16
    34:18 36:2 93:7,13,22 94:11
    128:23
**plaintiffs** 34:13 102:20
**plaintiff's** 30:14 88:7 135:10
**plan** 80:24 81:11 94:2
**planned** 79:18 80:6
**plans** 16:14
**point** 5:6 14:5 22:20 44:21 50:20
    55:9 72:9 79:15 85:12 99:6 100:6
    107:10 118:21 124:16,20 125:10
    128:12
**pointing** 130:23 135:11
**points** 117:6,12,21
**Polish** 24:18
**polite** 90:25
**political** 7:25
**pool** 33:18
**poor** 27:3,5 51:9
**portfolio** 22:6 38:7,10 62:23
**position** 8:17 11:5 12:11 33:14
    66:23 81:12 93:2
**positive** 25:25 26:6 49:23
**possible** 51:21 69:20 131:2
**potential** 23:8 60:7 73:20 131:20
    133:15
**potentially** 63:6,24
**PowerPoint** 74:25
**practice** 13:14,16,21 14:10,13,16

14:18 68:9,12 77:10,14
**practitioner** 14:11
**precisely** 24:2
**predicate** 16:23
**predicts** 62:17
**prefer** 107:7 119:20
**prepare** 44:7
**prepared** 121:14
**present** 125:11
**presentation** 44:7,8,11 74:25
**presentations** 24:13 44:9
**presented** 126:3
**presently** 20:9 31:17
**presents** 74:20
**preserve** 88:13
**press** 89:9,12,16,20 90:9,10,14 91:4
    91:25 92:4 98:3,8 100:19 131:6
    137:8,12
**presumption** 119:2
**pretty** 64:25 70:16 82:9,25 126:5
**previous** 27:11 44:25 45:6 62:24
    87:6
**previously** 85:5,9 101:17 102:12
    113:18,20
**price** 55:23 117:5,9,13,20 119:7
**prices** 119:2
**primarily** 70:2
**principal** 24:19 45:15 64:7
**principals** 88:19
**printout** 20:11,20
**prior** 12:20 29:16 72:2 80:25 85:11
    86:14 87:5 97:22 106:11 128:13
    129:22 131:20
**private** 13:14,16,21 14:10,12,15,17
**privilege** 87:25
**privileged** 87:14,16
**probably** 5:10 45:7 52:5 72:5 75:5
    100:14 105:20 109:9 111:22
    117:17 126:22 127:4 133:18
**problem** 84:13
**procedure** 24:3
**proceeds** 92:22 110:10 111:25
    122:10
**process** 23:17
**processing** 15:20
**processor** 60:18
**produced** 9:19,23 10:8 20:9 51:19
    51:20 106:24 113:19
**produces** 60:13
**product** 92:13,19 126:10
**production** 20:14 104:7,16 107:12
    137:4,17,18,20 138:4
**productions** 62:18
**profess** 86:4
**proffered** 30:12
**profit** 113:3
**prohibited** 54:2

**proper** 63:19
**Property** 26:19
**proposed** 102:17 116:25 129:20
**protect** 64:7
**prove** 61:13
**provide** 10:2,5 16:9 51:6 74:21
    132:11
**provided** 51:11 67:13 113:21
    115:24 116:2
**provides** 60:17 67:17 75:4
**prudent** 38:20
**public** 1:15 4:4 77:11 97:21 136:21
**publicly** 95:2
**pull** 111:14
**purchase** 52:18 103:14 110:21
    111:5 118:24 122:16 124:14
**purchased** 6:24 48:10 99:7 106:13
    108:5 112:22 113:2,4,13 117:14
    117:25 124:5 126:4 128:11,16
**purchasers** 94:25 95:2 102:5,22,24
    105:24 118:22 128:20
**purchases** 103:12 112:15 123:25
**purchasing** 53:15
**purporting** 128:10,16,19
**purpose** 27:24 75:10
**purposes** 63:3 105:23 108:9
**pursuant** 1:11 104:4,12
**put** 51:24 115:22
**putting** 76:19
**P.C** 1:12 2:4
**p.m** 136:13

─────────────────── **Q** ───────────────────

**qualified** 40:5
**qualify** 33:17
**quarter** 35:8 67:20,24 96:3 97:24
**quarterly** 41:7 67:14 68:2 74:13,16
**quarters** 84:21 85:4 86:12 87:2
    89:25 90:6 91:9 127:18 128:4,7
**question** 3:11 4:25 5:3 39:7 41:16
    49:19 79:16 84:25 86:20,22 87:15
    88:10 95:7 103:10 109:24 111:9
    116:11 124:3 127:25
**questionable** 59:24
**questions** 4:21,22 9:14,15 16:23
    41:18 48:22 85:20 136:12
**quickly** 126:21
**quite** 18:12 38:14 69:13

─────────────────── **R** ───────────────────

**R** 2:2 4:2,2 139:2
**range** 12:14
**ranges** 65:3
**Rappaport** 13:24 14:3
**Ratan** 93:24
**rather** 15:11
**rational** 83:19

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

raw 69:25
RE 1:5
reaching 26:8
reacted 84:7
read 85:14,18,21,23 86:3,5 91:15
 91:24 92:3 94:17 99:25 100:2
 103:3 105:11 114:9 121:23
 126:20,21
reading 86:14
real 6:22 26:11,16,19 27:19
realize 12:14
really 25:6,8 46:20 68:17 76:9 77:9
 126:9
reason 7:20 25:2 42:3 59:5 115:8
 115:11 119:11 135:16
reasonable 30:12,15
reasonably 37:21
reasons 8:4 106:16
recall 23:22 36:19 43:7 52:8 53:2
 55:16 58:14 72:25 83:3,6,7,12
 99:5 104:22 114:20,21,23 131:5
 133:21
receipt 110:10
receive 34:23 35:3 44:13 68:2,5,7
 68:10,13 75:3 77:2 108:14,15
 121:11,16 135:17
received 18:22 52:9 118:5 121:8
receiving 18:23
recent 11:3 49:13
recess 58:11 88:4 116:23
recipient 132:21
reciting 83:13
recognition 127:15
recognize 26:21 59:2 95:25 98:20
 98:23 107:16,18 114:2 120:22,24
recognized 127:11 128:6
recollection 46:24 50:22 82:14,17
 119:6 127:6,9 130:8
recommendation 49:21,22
recommendations 50:3,8
record 43:4 67:9,11 93:17 109:20
 109:22 116:4 139:12
recorder 40:17
records 115:25
recover 43:21
recovery 135:17
reduce 33:12
refer 15:16 75:19 95:8 122:4
 128:18
reference 26:23 44:16 51:13 102:13
 109:14 120:18 122:3
referred 43:13 78:6 95:6 101:17,19
 106:15 108:25 109:3,17,25 110:6
 111:4 122:6
referring 20:24 24:14 32:12,15
 52:10,13,21 58:3 62:21 81:25
 88:23 89:17,21,24 91:22 95:11

97:2 106:10,19 107:21 112:23
 123:10 129:23
refers 36:18 102:4 109:10
reflect 110:21 111:25 128:4
reflects 106:5 110:10
refresh 43:23 119:6 127:9 130:7
refused 33:6
regard 15:10 56:14 57:3 62:7 69:14
regarding 83:8 131:2
regular 25:21 74:8 103:19 121:9
 132:12
regularly 82:21
related 5:22 11:14 17:8,14 35:22
 36:4 91:20 135:19
relates 120:5
relating 8:25 9:8 34:23 94:9 125:20
 127:11,16 128:7
relation 7:23 15:2
relationship 129:17,22 130:15,18
 132:17,20
Relative 134:10
relatives 134:8
release 89:9,12,16,20 90:9,10,15
 91:4,23,25 92:4 98:3,8 100:19
 131:6 137:8,12
reliance 119:2
religiously 68:21
rely 125:3
remain 61:16
remainder 38:12
remember 33:8 34:10,11 45:8
 47:20 48:18 49:7 51:15 69:4,13
 73:15 76:7 85:18 92:11 103:4,4
 103:21 105:20,21 109:10 117:23
 131:3,9
remind 28:17
rent 6:24
repeat 117:8 124:3
rephrase 4:25 127:24 134:17
replacing 54:22
reply 93:20 94:3 137:10
report 48:17,18,23 50:16 51:2
 52:10 73:22 74:8,9,10 121:7,14
 138:5
reporter 9:16 28:20
REPORTING 1:23
reports 41:7 51:5,11 67:13,16,18
 71:15 74:12,18 75:7,8,9,18,24
 76:4,5,8,13 77:2,4,7,9 121:12
represent 4:16 17:9,11 34:2 128:11
 128:16,19,23 129:24
representative 6:4 19:9 56:18
representatives 41:16
represented 17:2 46:17 131:13
 139:10
request 51:24 52:6,7 80:8,13
 121:13

REQUESTED 138:3
requesting 100:2
requests 80:3
required 28:10
reserved 3:11
resources 33:18
respect 62:6 74:6 132:2
respective 3:5
response 55:14
responsibilities 11:9 30:5 31:3
responsibility 12:15 19:16,21 22:23
 23:4 30:7 40:21 76:25 77:5
responsible 21:17 22:12 24:22 25:6
 25:17 27:20 30:21 40:3,18,22
 69:15,18 76:18 77:6 135:9
restate 66:12 78:25 79:13,18 80:7
 82:9 86:21 87:18 89:3
restated 65:17 69:8 71:23 81:17
 83:14 84:19,22 85:2,5,9 86:11,25
 87:22 91:12
restatement 71:23 72:20 96:8
 127:21 128:2
restating 81:22 82:16
restricted 47:6,22
restriction 47:10
restroom 5:9
result 47:7 117:10
retain 23:13 25:15 27:23 49:20,24
 64:7 76:7
retained 55:9
retaining 129:16
retention 23:24
return 26:8,13 53:17 63:24
returns 27:21 63:7
revenue 91:8 127:11,16 128:5
review 27:22 36:14 44:6 47:14 51:8
 68:9,13 71:14 77:10,14 90:17
 100:5,11,18 101:4
reviewed 38:22 41:15 68:21 87:5
 101:17 105:8 127:2
reviewing 38:24 86:2 87:5 101:19
reward 63:17,17
Rich 58:5
richard 1:11 4:10 41:11 136:15
 139:4
rid 69:21 71:7
ride 61:3
right 9:18 60:8 86:6 129:3
right-hand 20:25 59:10,13 120:4
risk 63:15,18,23
riskier 63:6,11
risky 63:12
Robert 21:21,23
role 23:7 73:17
roles 22:17
ross 2:14 4:15
routine 12:23,24 81:19

153

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

**S**

routinely 132:7
row 110:2
ruling 65:16
run 11:2

**S**

S 1:11 2:2 3:2,2 4:2,10 136:15
  139:4
sad 127:2
sale 92:17,22 106:5,9,10,13 109:10
  109:14,16 110:3 122:21 123:9,10
  123:20
sales 92:13 112:16
same 3:7,17 13:3 33:14,15,21,22
  57:8 91:20 98:14 108:23 109:2,17
  110:6 111:3 116:19 122:6 133:18
  133:19
satisfactory 70:20 71:8
save 33:11
saw 98:22 100:15,16 114:4 120:23
saying 59:11 92:25
says 24:25 90:24 95:4 120:8
school 10:14,23 31:5
screwed 126:5,9
Scudder 130:14
sealing 3:6
search 9:22,25 10:3
SEC 29:4,8,13 32:21 133:8
second 8:17 20:24 42:18 103:14
  105:2,16 110:24 120:16 122:24
  122:25 123:9
section 102:2
sector 55:25 56:3,5 60:4,6,25 61:3
  61:7
securities 1:6 4:19 19:5,10 30:2
  31:9,16,18 32:6 34:4 47:3,6 48:10
  53:15 55:24 83:17 102:5 104:4,13
  107:24 118:23,25 122:17,22
  130:12 131:16 133:10
security 47:23
see 24:5,12 26:18 59:15 66:2 94:23
  100:6 102:3,11 106:5 110:3
  118:19 119:4,5 120:20,21 122:2
seek 64:7
seeking 33:25 39:25 54:22 55:22
seem 38:14
seemed 86:3
seen 34:10 99:16 114:5,7
select 40:5 54:16 56:6 60:6
selected 40:16,16
selecting 40:7
selection 23:16 73:24
sell 37:21 53:9 84:11
selling 83:22 114:20,21
semiannual 49:10
send 25:5 52:3
sense 35:6 97:13

sensible 51:4
sent 85:24
sentence 94:23 118:19 119:4,5
separate 107:7 119:20
seriatim 42:14
series 107:3 118:9 137:22
serious 91:6
serve 31:8,8,12 104:25
served 74:2
service 1:23 14:4 125:21 127:12,17
  128:8
serving 13:18 31:15
set 139:19
settlement 123:15
settlements 30:11 132:22
set-off 103:15
seven 22:5 28:22 62:14 64:9
several 7:13 8:2 83:10 129:24
  131:11
severance 5:25
share 31:2
shares 61:20 88:13 106:6 109:10,15
  110:3,22,24,25 111:6 112:6,21,24
  113:6,11,12,13 114:22,23 120:19
  122:4 123:10,20 124:6,15,19
  128:12,13,17
SHEET 140:2
Shelly 130:22
short 52:2 53:9
shortly 72:25 89:3 92:5
short-term 55:23
show 20:6 40:14 46:22 97:3,5
showed 131:6
shows 111:5 121:4
side 21:2 135:10
sign 71:25 105:9,12
signal 91:5
signaled 91:17
signature 85:24 105:2,4,15 126:3
signed 3:15,17 86:9 105:4 115:16
significance 95:20 96:5 103:19
significantly 22:9
similar 30:3 74:8,11 118:24
simple 16:4,12
since 12:13 23:19 26:6 49:11 99:12
  99:16
Sincowitz 24:15 43:2
single 14:10 90:21
site 20:11,21 108:16
sitting 101:5 119:12
situations 84:5
six 54:24 64:8
size 45:21
Skim 126:14
Skirkanich 43:8 45:12,15 48:12,22
  50:20
skyrocket 126:12

slightest 83:20
slightly 111:8
small 27:19 54:21 57:3 99:22
sold 46:20,21 92:14 113:2,13
  114:23 115:4 124:19 128:13,17
sole 23:4
solicited 54:17
some 4:20 7:3 13:17 22:20 25:20
  26:7 29:7 31:23 32:5,20 35:6
  38:15 40:12 43:21 46:22 47:7
  49:25 50:20 54:5 58:3 63:5 65:2
  65:20 71:3 73:7 74:7 76:12 89:5
  91:6 92:13,14,20 96:15 112:12
  115:24 118:7 124:23 126:15
  128:12 130:21 132:12 134:18
somebody 24:7 73:5
somehow 31:7 47:22 56:24 66:19
  127:10
someone 54:23 105:9 128:25
something 32:24 38:16 48:17,20,25
  51:2,3 56:15 65:18,22 68:17,19
  68:24 81:7 84:9 91:18 103:15,15
  108:6 133:7
sometime 58:14 131:3
sometimes 48:25 74:24,25 83:24
  84:2
somewhat 129:19
somewhere 42:5 127:5
soon 51:21 131:5,8
sorry 57:24
sort 13:8 25:20 29:2 33:11,17 47:7
  47:18 54:5 58:3 73:9 74:7 79:9
  114:10 115:24 121:7 125:17
  132:12 135:13
sorts 19:22
sought 32:7
sour 40:3,19
source 14:23 47:9 87:20
southern 1:3 93:18
space 122:12
speak 50:24
speaking 9:24 131:21
specialist 27:24
specific 34:9 40:25 50:22 77:22
  81:3,12,25 82:15 83:4,6 90:14
  121:25
specifically 48:19 49:6 82:13
  117:23 121:13
speculating 37:22
spell 24:17
spend 86:2
spent 38:24
split 120:15,16
spoken 36:22,25 48:12 50:19
  131:19
SPT 20:9,10,14,14,24 21:17,20
  103:25 104:2,7,7,13,16,16

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

| | | |
|---|---|---|
| 106:25 107:12,12 108:19 109:13 110:3 111:6,16,24,25 137:5,5,17 137:17,19,19,20,20 | submits 41:7 | tell 4:24 39:8 75:23 80:18 117:13 |
| St 130:13 | submitted 93:5,11 | ten 12:4 14:7 18:8 |
| staff 10:2,6 11:15,18 12:8 15:9,14 15:22 24:6 73:21 90:20 | Subscribed 136:17 | term 15:7 57:9,14 |
| stamped 103:25 106:25 | substance 49:16 83:12 125:24 | terms 70:22 |
| stand 84:11 | substantive 86:13 87:3,8 | testified 4:5 7:20,22 8:2,23 9:7 96:14 125:13 |
| stands 126:25 | successful 60:22 | testify 6:3 30:16 |
| start 7:16 9:13 38:21 39:2 | sue 40:13 129:5,8 | testimony 7:6 27:11 48:8 62:24 89:17,21 126:18 139:7,7 |
| started 14:17 | sued 7:3 | Thank 37:23 136:10 |
| state 1:15 4:4 12:25 28:4 29:10 37:17 54:9 81:5 108:2,5,6,21 120:12 | suffered 118:23 | their 7:16 15:18 16:9 17:22 24:5 25:5 26:12,13 44:9 45:21 50:2 51:2,8 53:8 54:9 57:7 60:8 62:11 62:16 64:5,11,21 65:17 66:2 70:24 71:7 80:15 81:22,23 85:2,5 87:18,22 89:3 91:2 94:17 108:16 118:24 121:8 127:21 128:13 |
| stated 85:2 91:23 | sufficiently 7:5 | |
| statement 31:20 96:20,24 97:9,11 97:12,19 107:3 109:16 128:3 | suggest 54:24 63:14 116:18 | |
| statements 79:19 84:19,23 85:3 86:8,11,25 91:11,16 97:18 99:11 99:15,24 100:7,13,22 101:6 107:4 107:19 108:10,13,15,21 109:2,4 117:11 118:7,10 119:18 121:16 121:20 137:22 | suggesting 109:5 | |
| | suggestions 32:3 69:19 | |
| | suing 5:24 6:22 8:3 | themselves 16:6 51:10 55:18 |
| | suit 7:18 8:24 | thick 68:3 |
| | suitable 29:24 30:12 | thing 12:22 41:19 57:7 |
| states 1:2 94:24 | Suite 4:12 | things 13:4 38:18 40:18 82:4,23 103:2,4,21 |
| stay 34:20 | suits 8:2 | think 6:20 10:19 21:19 22:11 23:15 25:7 26:20 27:10 28:17,19 34:8 35:20,23 41:23 43:2 48:5 52:4,23 53:17 57:19 60:24 61:8 62:16 67:4 71:22 73:5 75:6 84:17,20 90:25,25 91:16 97:11 108:4,8,21 109:9 120:10 126:15,21 128:18 |
| steel 17:7,10,13,14 | summary 123:12 | |
| stenographically 139:8 | superior 71:2 | |
| steps 115:14,17 | supervise 11:15 15:9 76:21 | |
| still 27:16,17 28:18 70:7 128:25 133:7 | supervising 15:13 | |
| | supervisor 8:11,19 | |
| stipulate 114:13 | supervisors 68:15 | |
| stipulated 3:4,9,14 123:4 | supplied 108:11 132:6 | thinking 133:8 |
| stock 2:7 15:6 16:18 18:17 43:4 46:25 51:22 56:15 57:22 61:5 67:8 80:18,19 81:23 82:4,6,9 83:2 83:18,21,24 84:2,6 85:19 86:15 87:10,23 88:17,17 91:13 95:3,15 95:18,23 97:2 99:3,21 102:24 103:6 105:24 106:6,13 107:9 109:11 112:9,12,16 113:7 114:12 116:3 117:6,10,20 119:8,22 120:7 120:12,17 123:11,18 124:2,6 125:9 126:17 127:22 128:20,21 128:24 129:2 130:6,22,23 132:2 133:2 134:22 135:2 136:11 | supply 13:8 | thinks 132:10 |
| | support 60:12 93:21 | third 16:10 122:19 |
| | supposed 92:23 | Thirty 74:4 |
| | sure 30:11,13 38:14 40:7 46:12 53:18 63:11 68:18 70:16 75:21 76:9,15 82:9 83:2,21 84:24 118:20 128:15 | thousand 33:22 |
| | | three 11:24 14:19,21 22:9 24:10 26:2 27:6 43:11 51:12 55:4,5 75:19 84:21 85:3 86:12 87:2 89:25 90:6 91:9 126:23 127:17 128:3,6 |
| | surprising 82:10 | |
| | swear 115:12 | |
| | switched 7:19,21 | through 11:2 12:6 17:3 20:10,14 21:23 22:4,8,15 32:21 53:20 56:11 64:18 65:13 68:14,16 78:9 87:19 103:25 104:7,13,16 107:2 107:12 112:10 118:24 120:8 121:18 123:6 125:19,25 126:14 133:8 137:5,17,19,20 |
| | sworn 3:15,18 4:3 136:17 139:6 | |
| | system 60:17 76:17,19 | |
| stocks 63:24 66:11,15,24 | systems 60:13 | |
| story 50:7 | S&P 71:2,6 | |
| straddle 108:4 | S-A-V-E-T-T 130:22 | |
| strategic 134:15,19 | S-K-I-R-K-A-N-I-C-H 43:6 | throughout 119:9 |
| strategy 53:8 | | thumb 68:14 |
| Street 1:13 2:5 108:2,5,6,21 120:13 | **T** | Till 22:24 |
| strike 79:16 | T 3:2,2 139:2,2 | time 3:11 5:6,18 6:11 9:7 12:15 13:3,6,13 22:22 23:2,5,11 26:4 27:4 28:14 33:12 42:14 43:7 44:21 46:20 48:19 50:9 52:2 55:10 56:2 65:25 69:4 72:2 79:15 79:21 83:10 85:12,25 91:25 99:6 99:25 100:2,5,11 105:10,21 108:23 113:4 114:25 115:5 116:5 |
| stuff 76:23 | take 5:7,11 7:17 20:7 42:21 48:8 49:25 55:25 56:2 59:8 60:4 64:16 68:7 81:10 84:15 88:2 89:6 92:17 98:23 99:18 100:11,17 108:19 115:14,17 118:2 130:6 | |
| style 54:22,23,25 64:5,11,13,15 | | |
| subcommittee 55:2 | taken 1:11 42:2 58:11 88:5 111:24 116:23 139:8 | |
| subject 11:16 28:8,15 29:2,6 81:21 83:11 | talk 9:15 24:5 28:18 | |
| | talking 9:13 16:19 87:11 | |
| | tax 27:21,23 28:4 | |
| | tech 60:5,18,19 61:16 | |
| | technologies 60:22 61:12 | |
| | technology 60:24 | |

Barrister Reporting Service, Inc.        120 Broadway, New York, N.Y. 10271        (212) 732-8066

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

116:20 117:7,12,14,21,25 121:5
124:16,21 125:10 128:25 136:13
**times** 8:23 9:2 26:23
**timing** 46:24
**titled** 93:19 102:2 122:13
**today** 12:16 17:9 29:19,22 56:5
70:12 99:25 100:2,20 101:5
119:12
**together** 111:24
**tomorrow** 47:24 52:4
**top** 54:21 59:10,13 64:12 70:9,12
70:13,13,15 120:2,3 122:3
**Torray** 21:21,23 66:7
**TORRES** 139:3,22
**total** 17:16,18 18:10 111:17
**towards** 77:22
**Township** 8:12
**tracked** 61:6 67:19
**trade** 121:6
**traded** 95:2
**trades** 107:20 121:4 132:9
**trading** 115:25
**training** 18:21
**transaction** 106:15,20 109:17,25
110:6 113:5 120:5,19 122:5,6,9
123:8,12 124:9
**transactions** 46:25 108:25 111:3,10
111:10 112:5,9,18 114:14,16,18
116:6,9 123:5 125:4
**transcribed** 139:9
**transcript** 98:13,16 137:14 139:11
**transitional** 125:21 127:11,16
128:7
**Travelers** 130:13
**tremendous** 30:7
**tremendously** 13:13
**Trevose** 4:13 11:20,21
**trial** 3:12 139:4,12
**tried** 91:2
**true** 39:16 62:2 88:17,20 139:11
**trust** 7:15 11:8,11,13 16:3,8,16,25
17:24 18:3 19:4,18,21 20:20 21:6
21:9 22:13 25:14 26:19 28:3,8,25
29:24 30:6,21 31:2,7,15 34:14
37:6,9 38:6,16 39:10,13,21 46:10
47:2,5,22 48:2,9 51:13 52:9,17,25
53:19,22 54:16 55:7 56:10 57:12
57:18 62:25 66:17 67:23 70:4
71:13 72:3,8 78:2,15,22 79:3,8
86:18 94:4 104:24 110:11,16
111:22 125:8 134:5,14 135:4
137:10
**trusted** 115:21
**trustee** 40:10 55:3
**trustees** 11:12,17 12:3 22:16 23:2
25:12,17 26:12 38:19 39:25 40:2
40:14,24 41:4,8,14,16,21,24,25

42:8,11 43:10 44:3,21 45:11
47:13 48:3,15 49:2,10,14,21
50:14 51:7 62:9 63:25 64:7,14
66:9,13,19 67:13 68:5,13 69:20
69:23 73:7,19,23,24 79:24 81:4,5
81:17,20 82:19
**trust's** 39:14 45:19 62:5 64:17 70:5
93:20
**truth** 88:14 96:15
**try** 5:10 55:8
**trying** 70:21 76:24 111:9,13 127:7
**tubes** 82:5,7
**turbodise** 90:22 92:13 98:6 99:8
126:4,6 127:3
**turn** 133:6
**turnover** 65:3,4,4,5,7,14 66:5
**turns** 83:25
**twenty** 5:16 6:7,12 20:4 66:8 72:14
**twice** 42:20
**two** 6:20 7:11 36:13 42:17 44:21
56:2 57:13 61:11 68:3 75:18
78:16 103:12 109:6 110:22
111:15 114:16,18,21 116:19
120:15 123:11
**two-page** 100:18
**type** 5:21 99:23 121:11
**types** 77:19
**typical** 72:15
**typically** 67:25
**typo** 94:25
**T-O-R-R-A-Y** 21:19

**U**

**U** 3:2
**ultimately** 16:15
**Unclear** 134:23
**uncomfortable** 5:8
**uncommon** 39:22 49:8
**uncovered** 90:20
**under** 5:16 17:23 18:10 23:18 24:4
30:6 94:20 101:25 118:21 126:11
134:16,20
**undergraduate** 10:14
**underneath** 122:12
**understand** 4:23 5:3,4 15:8 48:17
51:3,4 53:11 70:22 84:24 88:20
97:20 105:18,22 114:9 116:17
122:2
**understanding** 22:2 29:21 31:6
33:9 36:3 38:5 53:12 56:21 60:20
61:4,23 90:5 92:9,16 95:13 96:15
96:18 103:9,11 104:21 115:3
128:22
**understate** 91:2
**understood** 57:14
**undertook** 79:24
**Unfortunately** 85:17

**union** 13:2,2 15:23 16:7 17:4,6,17
**unionized** 15:22
**unit** 6:24 90:21 99:7
**UNITED** 1:2
**universes** 70:25 71:10
**University** 10:24
**unless** 107:6 121:13
**until** 14:5 31:20 65:23 91:20 92:18
133:11
**unusual** 61:24
**update** 16:14
**updated** 108:17
**usable** 61:14
**use** 5:9 23:6 41:4 60:14 62:25
**useful** 15:25
**usually** 7:18 37:17 50:8 65:22
74:24 83:16

**V**

**vacations** 15:21
**valuation** 7:24
**value** 54:20 55:19,22 57:6,25 61:20
64:11 65:25 88:13 97:16
**valuing** 97:15
**various** 8:4 14:2 42:14 60:16 71:10
76:23
**VEECO's** 59:3,6 60:20 88:23 90:20
98:5 128:2
**vehicles** 71:3
**veins** 83:23
**version** 101:21
**very** 9:16 16:4,11 30:3 37:21 38:25
40:6 65:3,3,4 67:8 83:18,24 84:10
91:3,6 99:22 100:10 118:21
127:23
**vested** 18:3
**view** 34:19 117:5,9,15,17
**VILMA** 139:3,22
**visit** 24:4
**volatile** 64:19
**voluntarily** 23:10

**W**

**wait** 74:14
**waived** 3:7
**walk** 135:25
**wallin** 2:14 4:8,15 16:22 18:18 20:5
21:20 51:18,25 52:15 57:24 58:9
58:15 67:9 86:19 88:2 89:6 93:14
94:7,16 97:5 98:2,12 100:3 101:9
103:22 104:10 106:22 109:20
113:17 114:15 116:17 118:2
119:16 120:10,14,18 127:24
132:4 136:8
**want** 4:23 5:6 20:6 31:21 40:2
54:19 108:24 116:3 118:20
119:25 123:7 126:20

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

wanted 26:12
Warminster 8:11
warranties 126:12
wasn't 57:8 60:5 63:14 92:17 95:18
  99:20 116:18 127:3,7 133:3
wasting 71:6
way 40:4 57:5 59:16
web 20:11,21 108:16
weeks 43:11
weighting 77:22
Weiss 36:7 92:9,11,20,23
welfare 5:24,25 13:3
well 4:17 12:20 15:9,15 18:11 20:4
  22:5 23:15 31:17 38:17 49:18
  52:19 55:21,25 56:6 57:5 60:4,11
  60:25,25 61:8 63:19 64:5 67:4
  68:7 74:13 75:25 82:24 83:16
  86:20 90:25 92:3 123:2 132:5,21
went 10:14,19,23 92:21
were 5:18 6:3,21 8:13 9:23 13:17
  13:22 14:2 16:15 18:13 19:13
  22:25 23:17 28:15 32:17 40:13
  43:20 45:8,8 46:17 50:8 52:13
  58:3 62:5 63:22 72:2 80:3 82:19
  86:8,12 87:2,8 88:15 89:3,16,20
  89:25 90:6,11,19,21 91:9,12
  92:21,23 97:13,15,22 99:18
  100:10 106:10,19 112:5 115:9
  130:4,25 131:23 133:13
We'll 11:3 20:12 122:2
we're 28:9,18,19 31:12 32:20 34:15
  35:25 40:18 71:4,6 75:7 81:5,6
  83:16 87:24 104:24 108:17
  114:12 118:20 120:10 133:7
we've 7:21
Wharton 10:15,18
WHEREOF 139:19
while 9:13,15 14:19 66:21
whole 13:5 32:19 62:23
why's 97:3
Williams 130:12
willing 104:24 114:12
wind 68:25
withdraw 14:17
withdrew 23:10,20
witness 7:13,23 8:24 20:17 58:7
  86:21 97:4 100:8 103:11 107:15
  109:23 132:25 133:4 134:25
  136:10 139:6,13,19
witnesses 36:18,21,25 37:4
wonder 82:24
word 97:13
words 88:7 127:20 135:7
work 6:9 7:3 11:3,22 14:22 17:7
  134:9
worked 78:18 134:5
works 73:10

world 83:16
WorldCom 32:16,20 132:23 133:5
worthwhile 61:14
wouldn't 125:14
wrap 116:22
write 48:24
writing 51:24 67:2 79:4
written 35:19 44:7,9,11,13 47:19
  74:18,19,21 135:13
wrong 84:9 86:7

_____ X _____
x 1:4,8 137:2 138:2
xxxxx 2:18 3:21
XYZ 81:9

_____ Y _____
year 10:17,20 27:21 28:4,9 37:16
  42:15,20 44:24 58:19,22 61:17,23
  65:15 66:6 67:21 71:22 85:9
  131:4 137:6
years 5:20 6:13 8:16 9:10 13:11
  14:7,9,18,19,21 18:8 22:10,24
  23:19 24:11 26:2 27:6 28:5,13,22
  32:7 38:24 39:6 44:22 51:12 53:3
  57:13 59:20 60:5 61:11 62:14,15
  66:8 67:22 74:4 75:19 78:16
  130:16 132:18,22
year-end 84:23
yesterday 118:5
york 1:3,15,24 2:13,13 4:4 35:15
  93:16,18

_____ $ _____
$1,033,024.50 122:14
$1,255,197 110:11
$1,255,197.17 112:2 122:10
$10 92:15
$222,172.67 122:20
$353,103.80 123:19
$58.93 110:14
$59 110:13
$941,595.11 111:17 112:3

_____ 0 _____
01 20:9,14 137:5
02 20:10,15,24 21:21 137:5
03 106:25 107:12 137:20
04 120:4,8,9
06 108:19 109:13,19 110:3 111:25
07 110:17 111:16,22,25
08 107:2,13 137:20
09 103:25 104:7 137:17

_____ 1 _____
1 20:12,15 26:16 27:12 39:17 52:22
  120:8 137:4
1.5 17:25

10 92:18 95:4,9,14 96:6,10 102:6
  102:14,18,23,25 104:2,8,11,17
  105:13 106:4,5 108:23 109:9,18
  110:7 111:4,11 112:10,17,19,25
  113:8,10 115:15 116:6,8 117:2,22
  122:7 128:14,21 130:5,7 137:17
  137:18
10Q's 89:24
10-K 58:18,22 59:3,6 85:6 96:2
  97:23 100:25 137:6
10-K's 85:10
100 18:2
101 137:15
10166-1093 2:13
10271 1:24
104 137:17,18
107 137:20
11 89:9,13 96:16 104:13,16 106:23
  107:13,17 109:13 110:2 112:23
  137:8,19,20
11th 131:6
113 137:21
118 137:22
12 104:14,17 113:22,24 114:3
  116:8 123:2,6,13,22 124:2,6,20
  137:19,21
120 1:23
13 118:4,11,13 119:14,16 123:9
  137:22
143 118:14,16
15 59:10,13
16 59:9,11,12
1622 1:12 2:5
17 110:12
19 110:22
19053 4:13
19103 2:6
1955 10:25
1957 14:4
1958 12:13 49:11
1997 116:10

_____ 2 _____
2 21:17 58:18,24 94:20 100:25
  102:9,11,12 116:10 137:6
2,000 33:23
2:00 136:13
20 110:23 137:4
200 2:12 21:25
2000 23:15 62:15
2001 62:15
2002 59:21 62:15
2003 58:14,20,23 59:3,6,21 62:15
  90:23 98:4,9,15,17 99:3,6 101:2
  102:6,17,22 112:10,17 116:7
  117:2,22 125:10 128:12 137:7,13
  137:14

157

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

**2004** 34:8 45:7 46:15,19 62:16
  84:21 85:4,11 86:12 87:2 90:2,6
  91:9 95:3,9,14,21 96:3 97:24 99:6
  102:13,25 106:7,9,12,16 109:11
  109:15 110:23,23 112:22 122:5
  127:18 128:4,7
**2005** 1:14 88:22 89:9,13 95:4,9,14
  96:6,10,17 102:6,14,18,23,25
  112:11,18,25 113:8 114:22,24
  116:8,10 117:2,25 123:16 128:14
  128:21 136:18 137:8 139:5,20
**212-732-8066** 1:24
**25** 114:22
**26** 11:20 95:3,9,14,21 102:13,25
  106:11,16
**28** 116:10

---
**3**
**3** 89:8,14 96:9 98:4,9,15,17 99:3
  102:6,17,22 112:10,17 116:7
  117:2,22 125:10 128:12 137:8,13
  137:14
**30** 39:5
**300** 50:10
**301** 4:12
**31** 58:19,23 101:2 120:4,8 123:16
  137:7
**33,325** 110:25

---
**4**
**4** 93:15 94:5 106:3,4 109:18 110:7
  111:4 122:7 137:10
**40,000** 106:6 109:10,15 110:3
  111:6 112:6,21 113:2,2,11,12,13
  120:19 122:4 123:10,20
**45** 6:13 116:22 125:19,25 126:14

---
**5**
**5** 94:12,14,19 102:8,12 137:11
**50** 18:14
**50,000** 16:17 17:15,22
**51** 10:19
**52** 138:4
**56** 118:16 125:19,25 126:14
**58** 12:16 137:6

---
**6**
**6** 98:3,7,10,21 99:11,12 100:18
  106:6,9 109:11,15 122:5 137:12
**6th** 113:14
**6,675** 110:24

---
**7**
**7** 4:12 98:12,18,24 99:15,21 137:14
**70** 38:11 39:5
**70s** 8:15,19 28:16,23
**70/30** 39:3

---
**8**
**8** 1:14 101:10,14 102:16 116:24
  118:14,15 137:15
**8th** 139:5
**8-K** 89:11 98:4
**80s** 8:15
**82** 59:10,13
**89** 137:8

---
**9**
**9** 103:24 104:8,19 106:4,7 137:17
**9:30** 108:17
**9:57** 1:14
**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** 120:6
**94** 137:10,11
**98** 137:12,14

Barrister Reporting Service, Inc.   120 Broadway, New York, N.Y. 10271   (212) 732-8066

157

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

**2004** 34:8 45:7 46:15,19 62:16
 84:21 85:4,11 86:12 87:2 90:2,6
 91:9 95:3,9,14,21 96:3 97:24 99:6
 102:13,25 106:7,9,12,16 109:11
 109:15 110:23,23 112:22 122:5
 127:18 128:4,7
**2005** 1:14 88:22 89:9,13 95:4,9,14
 96:6,10,17 102:6,14,18,23,25
 112:11,18,25 113:8 114:22,24
 116:8,10 117:2,22 123:16 128:14
 128:21 136:18 137:8 139:5,20
**212-732-8066** 1:24
**25** 114:22
**26** 11:20 95:3,9,14,21 102:13,25
 106:11,16
**28** 116:10

———————————————
**3**
**3** 89:8,14 96:9 98:4,9,15,17 99:3
 102:6,17,22 112:10,17 116:7
 117:2,22 125:10 128:12 137:8,13
 137:14
**30** 39:5
**300** 50:10
**301** 4:12
**31** 58:19,23 101:2 120:4,8 123:16
 137:7
**33,325** 110:25

———————————————
**4**
**4** 93:15 94:5 106:3,4 109:18 110:7
 111:4 122:7 137:10
**40,000** 106:6 109:10,15 110:3
 111:6 112:6,21 113:2,2,11,12,13
 120:19 122:4 123:10,20
**45** 6:13 116:22 125:19,25 126:14

———————————————
**5**
**5** 94:12,14,19 102:8,12 137:11
**50** 18:14
**50,000** 16:17 17:15,22
**51** 10:19
**52** 138:4
**56** 118:16 125:19,25 126:14
**58** 12:16 137:6

———————————————
**6**
**6** 98:3,7,10,21 99:11,12 100:18
 106:6,9 109:11,15 122:5 137:12
**6th** 113:14
**6,675** 110:24

———————————————
**7**
**7** 4:12 98:12,18,24 99:15,21 137:14
**70** 38:11 39:5
**70s** 8:15,19 28:16,23
**70/30** 39:3

———————————————
**8**
**8** 1:14 101:10,14 102:16 116:24
 118:14,15 137:15
**8th** 139:5
**8-K** 89:11 98:4
**80s** 8:15
**82** 59:10,13
**89** 137:8

———————————————
**9**
**9** 103:24 104:8,19 106:4,7 137:17
**9:30** 108:17
**9:57** 1:14
**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** 120:6
**94** 137:10,11
**98** 137:12,14

DEC 2005 RECEIVED