Exhibit B-1



# VEECO INSTRUMENTS INC.

## SMITH BARNEY CITIGROUP 2004 TECHNOLOGY CONFERENCE

### SEPTEMBER 8, 2004

Ed Braun
Chairman & CEO

# VEECO PROVIDES ENABLING NANOSCALE PROCESS EQUIPMENT AND METROLOGY SOLUTIONS TO MULTIPLE GROWTH MARKETS

**Data Storage**　　　**Semiconductor**　　　**Compound Semi/Wireless**　　**Scientific Research**






**80 and 160 GB; microdrives**　　　**90 and 65 nm; 300mm**　　　**HB-LEDs, WiFi, camera cell phones**　　**Nanotech & Life Science**



# VEECO LEVERAGES CORE TECHNOLOGIES IN GROWTH MARKETS

## WHAT WE DO...

**PROCESS EQUIPMENT (ADD AND REMOVE MATERIAL)**



**ION BEAM DEPOSITION
EPITAXIAL DEPOSTION**



**ION BEAM ETCH**

**METROLOGY (IMAGE, MEASURE MANIPULATE)**



**ATOMIC FORCE MICROSCOPY
OPTICAL INTERFEROMETRY**

## MARKETS WE SERVE...

**1H '04 REVENUE ($197.4M;UP 42%)**



Scientific Research 28%
Semiconductor 15%
Data Storage 34%
Wireless 23%

*Multiple markets provide stable growth offsetting individual market volatility…Broader opportunities than silicon semiconductor*



SBC 090804-EHB

3

# LEADERSHIP TECHNOLOGIES SERVING MULTIPLE MARKETS



**PROCESS EQUIPMENT**

**METROLOGY**

IBE  PVD  IBD  MBE  MOVCD  PRECISION LAPPING

ATOMIC FORCE MICROSCOPY, OPTICAL PROFILOMETERS

**DATA STORAGE**

**SEMI/WIRELESS**

**SCIENTIFIC RESEARCH**

*USE PRODUCT LEADERSHIP TO CREATE CRITICAL MASS
IN KEY MARKETS, AT KEY ACCOUNTS*



# SERVING INDUSTRY LEADERS

| MARKETS | PRODUCTS | CUSTOMERS |
|---|---|---|
| *Data Storage* | *#1 Equipment Supplier for TFMHs;*<br><br>*Etch, Deposition, Lapping and Metrology* |  |
| *Wireless & Compound Semi* | *Only Broad line Equipment and Metrology Supplier*<br><br>*MBE, MOCVD (Epitaxial Deposition) and Metrology* |  |
| *Semiconductor* | *#1 3D AFM Metrology*<br><br>*Automated Atomic Force Microscopy and Optical Profilers* |  |
| *Scientific Research* | *#1 AFMs, SPMs and Optical Profilers*<br><br>*Breadth of research solutions* |  |

# VEECO 2004 INVESTMENT THEMES

- We are a leading supplier of enabling technology for converging data storage, semiconductor/compound semi and HB LED, color display growth opportunities

- In the post PC era…microdrives, HB LEDs, color displays, and wireless technology will enable a wave of new high volume, digital consumer electronics for mass markets

- A diverse market and product mix allows Veeco a broader customer and product technology base than most other semi equipment companies

- Nanotechnology, smaller form factors, higher density and new materials will drive extensions of:
  - Moore's Law        20nm feature size
  - Areal Density        1 Tb/in²
  - Large high resolution, high brightness color displays



# VEECO'S HISTORICAL FINANCIALS AND OUTLOOK



**2004 Forecast ...a revenue and earnings recovery year**

*Exclusive of non-recurring charges
Δ Street consensus ($M)*

SALES ($M): '94 $86.1, '95 $131.8, '96 $199.5, '97 $266.6, '98 $263.4, '99 $312.4, '00 $376.1, '01 $449.3, '02 $298.9, '03 $279.0, '04 Δ Forecast $412.9 — 10 YR. CAGR 17%

**SALES**

EBITA ($M): '94 $8.3*, '95 $24.4*, '96 $38.1, '97 $45.7*, '98 $30.4*, '99 $45.3*, '00 $44.1*, '01 $58.0*, '02 $1.3*, '03 $13.0*, '04 Δ Forecast $45.6 — 10 YR. CAGR 19%

**EBITA**

- *Our Company was founded in 1990 with sales of $30 million and went public in 1994*
- *10 year revenue growth from $86M to $413M...+17%  CG per year ('94-'04)*



# VEECO MULTI-MARKET GROWTH OPPORTUNITY

**Data Storage**        Continued 80 GB production ramp, development of next generation 120/ 160 GB drives and advanced development of (perpendicular heads) for 2005/2006. Microdrives to enable new wireless consumer products (Ipod, TiVo, camera/cell phones)

**Semiconductor**        Complete 90nm, 300 mm ramp, development of 65nm, 45nm

**Wireless**        Explosive growth of Blue LED's for backlighting of color displays, handheld camera/ cell phone, large color screens, PDA, Wi Max, automotive, solid state lighting and RF devices

**Scientific Research**        Continued strength of research AFMs/SPMs

Nanoscience emerges (life sciences, material sciences genomics)

> *The content of Veeco's enabling technologies increases in new consumer applications*



# VEECO: EQUIPMENT FOR HIGH GROWTH DIGITAL, WIRELESS CONSUMER PRODUCTS

*TiVo*



*HDD for DVR/DVT*

**+35.9% CAGR '02-'08**

**+145.7% CAGR '02-'08**

*Flat Panel Display Backlighting*



*LCDs Backlighting*

*GPS*



*HDD for GPS; Auto Nav.*

**+61.4% CAGR '02-'08**

*These consumer products represent the convergence of Semiconductor chips, wireless chips, microdrives, high resolution color displays, and high brightness LEDs*

**+159.2% CAGR '02-'08**

*HB-LED Headlights*



*LEDs…signs;mobile; illumination*

*MP4 Video*



**+33.6% CAGR '02-'08**

*HDD for Digital Cameras, Audio Players.*



*Wireless Mobile Consumer Products*

**+71.2% CAGR '02-'08**

*Home Media Server*



*HDDs for Home Networking*

**Sources: IDC, 2004; Strategies Unlimited 2004    SBC 090804-EHB**

# VEECO IN A BROAD MULTI MARKET RECOVERY

$M

### ORDERS

*Orders doubled in 3 quarters

| | | | | | |
|---|---|---|---|---|---|
| $72.7 | $64.0 | $64.0 | $96.8 | $117 | *$124.7M |
| Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |
| 2003 | | | | 2004 | |

### REVENUE

*Revenue up 50% in 3 quarters

| | | | | | |
|---|---|---|---|---|---|
| $65.8 | $73.4 | $63.1 | $76.9 | $94.5 | *$103M |
| Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |
| 2003 | | | | 2004 | |

### EBITA

*EBITA triples in 3 quarters

| | | | | | |
|---|---|---|---|---|---|
| $3.0 | $3.2 | $3.3 | $3.5 | $7.5 | *$9.3M |
| Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |
| 2003 | | | | 2004 | |

*Q2 Backlog increased to $164M*



10

# VEECO GROWTH OPPORTUNITY BY MARKET



FCST Veeco Growth ('03-'04)

FCST Industry Growth ('04-'05)

**Compound Semi/Wireless**
*(Source:Strategies Unlimited/ Lighting)*

**Semiconductor**
*(Source:VLSI Semi Equipment)*

**Data Storage**
*(Source:Trend Focus: TFMH)*

**Scientific Research**
*(Source:GNP)*

*\* 2004 Analysts' Consensus*
*\*\*\* Veeco 2005 Assuming Growth Per Industry Forecast*



SBC 090804-EHB

11

# DIVERSITY OF MULTIPLE MARKETS, PRODUCTS AND GEOGRAPHIC PENETRATION



**MULTIPLE PRODUCTS**
- Process Equipment 59%
- Metrology 41%

**MULTIPLE MARKETS**
- Scientific Res. 26%
- Semi/CS/Wireless 39%
- Data Storage 35%

**MULTIPLE REGIONS**
- Europe 18%
- Asia Pacific 30%
- Japan 15%
- US 37%

*Q2 2004 Sales $102.9M, up 40%*



SBC 090804-EHB

12





**MARKETS**



*There are 1.5 billion mobile phones in the world today. They browse the Web, take pictures, send email, watch movies and play games. Soon they could make your PC obsolete.*





- Convergence of Semi/Data Storage/Wireless creates a new class of high volume, high growth consumer products with explosive unit growth from 2004-2007

- Wireless mobile consumer products (including cell phones) will approach 2 billion units by 2010… Compared to the installed base of 500 million PC's



# HOME OF THE (NEAR) FUTURE

## *By 2010 each household will own 10 HDD's\**

### Mobile Applications

### Home Applications



**New Microdrive
(.85 dia.)**



**MP4 Video**

**Laptop**



**MP3 Music
(i.e., iPod)**



**Home Media Server**

**TiVo/DVR**

**Entertainment
Centers/PCs**

**Game (Xbox,
PlayStation, etc)**



**Mobile Phone**



**Automobile
GPS Navigation**

Veeco

\* Source: Hitachi Global Storage Technologies







# TFMH FORECASTED GROWTH (REVENUE AND UNITS) TO REACH RECORD LEVELS



*CE Examples*
- *MP3 (Microdrive)*
- *MP4 (Microdrive)*
- *Digital Photo (Microdrive)*
- *TiVo*
- *Automobile GPS*
- *Other*

*"In 5-7 Years Consumer Electronic HDD could = PC shipments"*
*Bill Watkins, Seagate March 2004 Diskcon Singapore*



Areal density roadmap increases (50% per year) toward CPP (perpendicular recording) capable of 1 Terabit/in² (2006)… will require new manufacturing technology





## *TFMH Technology Changes Drive Capital Equipment Growth*



**Microdrives**



**Slider Shrinks**



**Reader & Writer Development**





- Industry's broadest line of etch, deposition and metrology

- Industry's largest installed base (3,000 systems in the field)…Strong key account relationships

- Aii lapping, dicing and slicing … total slider fab solution opportunity…first saw order

- Customers currently require upgrade and new technology…for 80 GB ramp, intro of 120GB and research for CPP… Veeco launches NEXUS etch and deposition solutions

- ***First half orders***     ***$71.4M (up 45% vs '03)***
             ***revenue $67.0M (up 54% vs '03)***



# VEECO: IN EVERY STEP OF YOUR TFMH PROCESS



**WAFER PROCESSES**

**ROWBAR/SLIDER PROCESSES**

**HGS, FINAL ASSY AND TEST**



# WIRELESS/TELECOM…*Q2 record Veeco orders $51.1M*

- Veeco is the leading supplier of thin-film process equipment and metrology solutions to the compound semiconductor industry
  - Unique ability to provide both MBE and MOCVD – two epitaxial technologies that determine functionality and performance of devices
  - Strategy to become a "one-stop shop" for equipment

- Growth in camera/ cell phone applications.  Fully featured phones include >20 compound semi devices per phone. Cell phone sales expected to nearly double to 750M units by 2008

- LED backlighting growth opportunity to include larger color display applications (mobile PC's and flat panel TV displays)

- New automotive applications, headlights, fog lights and instrument panel displays

- Record Q2 orders $51.1M, total of 26 MOCVD and 7 MBE systems, included 6 multiple system orders

- ***First half orders    $90.2M up 346% vs '03***
  ***revenue $45.2M up 145% vs '03***





Efficiency (lm/W)

200

120

80

40

20

**Future**

**Present**

**Illumination**

* Indoor
* Outdoor
* Wi-MAX/Mobil Wireless Communications

**Automotive**

* Radar
* Head Lamp
* Stop lamp
* Interior

**Mobile**

* Flash
* Power Amps
* Backlight
* Keypad

LCD TV
* HD-DVD
* LCD Monitor

Sign

Signal

Electronic Equipment

| ~ 2000 | 2001 ~ 2003 | 2004 ~ 2006 | 2007~ |

Source: Samsung BLUE 2004