Exhibit B-2



Source: R. Haitz, Strategies In Light 2004





HB-LED Headlights

Large LCD Backlighting

Small LCD Backlighting

Cell Phone    PDA

General Illumination

White Backlighting

Blue & Green HB-LED (GaN)

Red HB-LED Tail Light

Blue & Green HB-LED

Red LED

Red HB-LEDs

**Red Indicator Lights**

Relative LED Unit Shipments

1960    1970    1980    1990    2000    2010    2020

# VEECO'S SEMICONDUCTOR OPPORTUNITY: SHRINKING DIMENSIONS REQUIRE 3D METROLOGY

- Veeco has the broadest line of 3D AFM non-destructive Metrology solutions

- Our goal is to be a step ahead of industry roadmap…90…65…45nm

- Top 10 semi device manufacturers have at least one AFM in line wafer fab

- We have launched new systems for specific applications in Etch, CMP, CD control, Photolithography





**26nm lines in R&D sample**



*Veeco Dimension X3D and 65nm scan*



- Advances in Semiconductor process technology for deep etch, CMP, CD control, photo lithography and 300 mm wafer size continues… requires increased use of In Line Veeco AFM Metrology for 130, 90 and 65nm feature sizes

- Record Q2 Auto AFM orders of $13.7M included 13 systems and (3) multiple system orders

- Top 10 Semiconductor Device manufacturers now have at least one Veeco AFM in failure analysis or in line wafer fab use…at 90 and 65 nm they will require 5-10 per fab…$250M to $300M opportunity over next 4 years

- ***First half Semiconductor orders   of $32.3 up 70% vs '03***
  ***revenue of $28.8 up 31% vs '03***



## *Nanotechnology*

- Nano Metrology
- Nano Manipulation



Carbon Nanotube Transistor

## *Materials Research*

- Semiconductor
- Future Data Storage
- Polymers



Polymers



Cu Films



Magnetic Storage Media

## *Life Sciences*

- Living Cells
- DNA
- Proteomics



DNA



Lipids



Protein Crystal Detection



# THE NANOTECHNOLOGY SUB 100nm DOMAIN



## LIFE SCIENCE

**Human Hair**
70um wide

**Red Blood Cells**
3um dia

**DNA Strand**
2nm wide

**Silicon Atom**
0.2nm dia

| Millimeter | Micron | Nanometer |
|---|---|---|
| 1mm | 1,000um | 1,000,000nm |
| 0.1mm | 100um | 100,000nm |
| 0.01mm | 10um | 10,000nm |
| 0.001mm | 1um | 1,000nm |
| 0.0001mm | 0.1um | 100nm |
| 0.00001mm | 0.01um | 10nm |
| 0.000001mm | 0.001um | 1nm |
| 0.0000001mm | 0.0001um | 0.1nm |

*Nanotechnology*

## INFORMATION TECHNOLOGY

**MEMS**
10um – 1mm

**Transistor**
0.5um – 90nm

50nm

**Magnetic Bits (HDD)**
160nmx40nm (100Gb/in2)

**Quantum Dots in LED Application**
20nm wide ea.

*"All of the world's industry is in its path"*



# VEECO'S SCIENTIFIC RESEARCH OPPORTUNITY: AFMS ARE RESEARCH INDUSTRY STANDARD

- Veeco's high resolution Atomic Force Microscopes (AFM) and new Scanning Probe Microscopes (SPM) have become the "industry standards" for atomic imaging and molecular measurements – "picks and shovels" of nanoscience
- Largest installed base: 7,000 tools
- Worldwide support and applications centers including high-growth regions such as China
- We have a unique "breadth of line" in nanoscience tools…we were the pioneer and our goal is to remain the innovator
- ***First half orders $48M flat***
  ***revenue $56M up 2%***

***Veeco's NanoMan – No Job Too Small***







# FINANCIAL HIGHLIGHTS

## Jack Rein
## EVP and CFO

# VEECO Q2 '04...



$M

Bookings: +95% — Q2 2004 $124.7, Q2 2003 $64.0

Revenue: +40% — Q2 2004 $102.9, Q2 2003 $73.4

EBITA*: +189% — Q2 2004 $9.3, Q2 2003 $3.2

**GM down 0.5 points to 44.1%**

*Note: Book to Bill is 1.21 to 1*

**SBC 090804-EHB**

*Before one-time charges*                33

# VEECO 1H '04...

$M



**+77%**



**+169%**



$241.8

$136.7

**1H 2004    1H 2003**

Bookings



$197.4

$139.2

**1H 2004    1H 2003**

Revenue

+42%



$16.7

$6.2

**1H 2004    1H 2003**

EBITA*

*GM down 2.1 points to 43.9%*

*Note: Book to Bill is 1.23 to 1*



**SBC 090804-EHB**

*Before one-time charges*    34

- **Revenue $102.9M, up 40% Y/Y, up 9% sequentially**

  - **Up 9%** Sequentially

    | | | |
    |---|---|---|
    | Data Storage | up 13% | $35.5M |
    | Semiconductor | up 17% | 15.5 |
    | Wireless | up 19% | 24.6 |
    | Scientific Research | down 6% | 27.3 |
    | | | $102.9M |

  - **Up 40%** Y/Y

  - 5% Above Guidance   $103M vs $98M guidance

  - Strongest Performance in 10 Quarters

**Benefit of Market Diversity**



Scientific Research 26%
Semiconductor 15%
Data Storage 35%
Wireless 24%



# MANAGEMENT HIGHLIGHTS

- **Bookings $124.7M up 95% Y/Y; up 7% sequentially**

  - **Up 7%** sequentially

| | | |
|---|---|---|
| Data Storage | down 41% | $26.4M |
| Wireless | up 31% | $51.1M |
| Semiconductor | up 121% | $22.3M |
| Scientific Research | up 8% | $24.9M |
| | | $124.7M |

  - In line with guidance ($120M to $125M range)

  - Book/Bill 1.21 to 1

  - Strongest order performance in 14 quarters

  - Backlog increased to $164M

**Explosive Growth in HB LED & Semiconductor**





- **EBITA $9.3M; up 189% Y/Y, up 24% sequentially**
  - GAAP EPS $.05

  - EPS excluding amortization $.15 ($.01 above top of guidance range of .11 to .14)

  - Q2 Gross Margin 44.1% vs 43.7% Q104

  - Cash positive $5.6M

  - A/R…reduced to 62 days (DSO's)

  - Inventory increased $3.7M (build of SAB 104)

- **Balance sheet remains strong… $117M cash**



# GROSS MARGIN MODEL *(% of net sales)*

| | **1999** | **2000** | **2001** | **2002** | **2003** | **Q104** | **Q204** | **Target Model** |
|---|---|---|---|---|---|---|---|---|
| Metrology | 56% | 54% | 52% | 55% | 53% | 53% | 55% | 57% |
| Process Equipment | 43% | 40% | 41% | 32% | 39% | 37% | 36.4% | 44% |
| Total Gross Margin | 47% | 46% | 45% | 44% | 46% | 44% | 44.1% | 49% |



# OPERATING MODEL *(% of net sales)*

|  | **1999** | **2000** | **2001** | **2002** | **2003** | **Q104** | **Q204** | **Target Model** |
|---|---|---|---|---|---|---|---|---|
| Net Sales | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Gross Margin | 47% | 46% | 45% | 44% | 46% | 44% | 44% | 49% |
| SG&A | 20% | 20% | 19% | 26% | 24% | 21% | 21% | 17% |
| R&D | 13% | 14% | 13% | 18% | 17% | 15% | 14% | 14% |
| **EBITA** | **14%** | **12%** | **13%** | **0%** | **5%** | **8%** | **9%** | **18%** |



# Q3 2004 GUIDANCE *(provided on July 26, 2004)*

- Overall, we see continued revenue growth for Veeco in the September quarter and through the remainder of 2004. Strong backlog enables initial look at Q4 as follows:

- Q3:
  - Orders in range of $125-130 million
  - Revenues in the range of $105-110 million
  - EPS excluding amortization in the range of $0.15 per share to $0.18 per share
  - GAAP EPS $0.01 to $0.04 per share
- Q4:
  - Revenues in the range of $115-125 million
  - EPS excluding amortization in the range of $0.29-$0.34 per share
  - GAAP EPS $0.20 to $0.25 per share



# STRONG VEECO BALANCE SHEET

($ IN MILLIONS)

|  | June 30, 2004 | Dec. 31, 2003 |
|---|---|---|
| Cash and Investments | $ 117.4 | $106.8 |
| Working Capital | 274.6 | 257.5 |
| Fixed Assets | 73.5 | 72.7 |
| Total Assets | 626.8 | 596.5 |
| Long-Term Debt | 229.8 | 230.0 |
| Shareholders' Equity | $ 309.7 | $ 306.3 |



# RECAP: VEECO INVESTMENT HIGHLIGHTS

- Veeco is at the convergence of wireless, digital consumer electronics

- Core products serve critical technology needs at world-class technology and research customers

- Enabling solutions address common challenges across multiple end-markets

- Stability and growth through diversity

- Niche leadership positions across all end-markets

- Comprehensive, integrated solutions for strategic markets

- Critical mass, distinctive technology and size and scope of a world class organization

- Strong financial results and growth prospects





Extending Nanoscience Applications

Next Generation Wireless & LED Devices

Use of In-Line 3D AFM Metrology for 130, 90 and 65 nm

Development of 120 and 160GB Hard Drives

Continued Ramp of 80GB Hard Drives

$279mm Revenue

~$500m Revenue*

2003

2006 and beyond



* Analysts' Consensus as of 6/04

SBC 090804-EHB

43

# SAFE HARBOR STATEMENT

- *To the extent that this presentation discusses expectations about market condition, market acceptance and future sales of Veeco's products, Veeco's future financial performance, or otherwise makes statements about the future, such statements are forward-looking and are subject to a number of risks and uncertainties that could cause actual results to differ materially from the statements made. These factors include the challenges of continuing weakness in end market conditions and the cyclical nature of the telecommunications/wireless, data storage, semiconductor and research markets, risks associated with integrating acquired businesses and the acceptance of new products by individual customers and by the marketplace and other factors discussed in the Business Description and Management's Discussion and Analysis sections of Veeco's Annual Report on Form 10-K, subsequent Quarterly Reports on Form 10-Q and current reports on Form 8-K .*



## Veeco Instruments Inc.
## Reconciliation of Operating Income (Loss) "GAAP Basis" to EBITA

| | Operating income (loss) "GAAP basis" | Amortization expense | Asset Impairment charges | Inventory write-offs | Merger and restructuring expenses | Write-off of deferred charges | Purchase accounting adjustments | Write-off of purchased In-process technology | Earnings excluding certain charges before interest and income taxes ("EBITA") |
|---|---|---|---|---|---|---|---|---|---|
| **FOR THE YEARS ENDING** | | | | | | | | | |
| 2004 (1) | $ 23,169 | $ 18,250 | $ | $ | $ | $ | $ 1,498 | $ | $ 42,917 |
| 2003 | (9,325) | 13,800 | | | 5,403 | | 1,664 | 1,500 | 13,042 |
| 2002 | (137,895) | 13,323 | 99,663 | 15,000 | 11,248 | | | | 1,339 |
| 2001 | 20,325 | 9,469 | 3,418 | 13,547 | 3,046 | | | 8,200 | 58,005 |
| 2000 | 7,138 | 3,736 | 3,722 | 15,322 | 14,206 | | | | 44,124 |
| 1999 | 39,709 | 479 | | | 2,600 | | | 2,474 | 45,262 |
| 1998 | 21,837 | 389 | | | 7,500 | 675 | | | 30,401 |
| 1997 | 38,994 | 276 | | | 2,250 | | | 4,200 | 45,720 |
| 1996 | 37,900 | 200 | | | | | | | 38,100 |
| 1995 | 24,200 | 200 | | | | | | | 24,400 |
| 1994 | 8,000 | 300 | | | | | | | 8,300 |
| **FOR THE QUARTERS ENDING** | | | | | | | | | |
| Jun-04 | 4,696 | 4,575 | | | | | | | 9,271 |
| Mar-04 | 1,071 | 4,896 | | | | | 1,498 | | 7,465 |
| Dec-03 | (6,025) | 4,237 | | | 2,142 | | 1,664 | 1,500 | 3,518 |
| Sep-03 | (1,757) | 3,262 | | | 1,804 | | | | 3,309 |
| Jun-03 | (739) | 3,159 | | | 789 | | | | 3,209 |
| Mar-03 | (804) | 3,142 | | | 668 | | | | 3,006 |

(1) Consensus analyst forecast as of August 17, 2004



# Veeco Instruments Inc.
## Reconciliation of Gross Margin and Operating Profit/EBITA Percentages

| | Revenues | Cost of Sales | Gross Profit | Gross Profit Percentage | Inventory write-offs | Purchase accounting adjustments | Adjusted Gross Profit | Adjusted Gross Profit Percentage | Operating Income (Loss) | Operating Income (Loss) Percentage |
|---|---|---|---|---|---|---|---|---|---|---|
| **FOR THE YEARS ENDING** | | | | | | | | | | |
| 2003 | $ 279,321 | $ 152,307 | $ 127,014 | 45.5% | $ | 1,664 | $ 128,678 | 46.1% | $ (9,325) | -3.3% |
| 2002 | 298,885 | 183,042 | 115,843 | 38.8% | 15,000 | | 130,843 | 43.8% | (137,895) | -46.1% |
| 2001 | 449,251 | 260,148 | 189,103 | 42.1% | 13,547 | | 202,650 | 45.1% | 20,325 | 4.5% |
| 2000 | 376,113 | 219,578 | 156,535 | 41.6% | 15,322 | | 171,857 | 45.7% | 7,138 | 1.9% |
| 1999 | 312,446 | 164,783 | 147,663 | 47.3% | | | 147,663 | 47.3% | 39,709 | 12.7% |
| **FOR THE QUARTERS ENDING** | | | | | | | | | | |
| Jun-04 | 102,884 | 57,541 | 45,343 | 44.1% | | | 45,343 | 44.1% | 4,696 | 4.6% |
| Mar-04 | 94,487 | 54,649 | 39,838 | 42.2% | | 1,498 | 41,336 | 43.7% | 1,071 | 1.1% |
| Dec-03 | 76,949 | 44,234 | 32,715 | 42.5% | | 1,664 | 34,379 | 44.7% | (6,025) | -7.8% |
| Sep-03 | 63,144 | 32,845 | 30,299 | 48.0% | | | 30,299 | 48.0% | (1,757) | -2.8% |
| Jun-03 | 73,449 | 40,655 | 32,794 | 44.6% | | | 32,794 | 44.6% | (739) | -1.0% |
| Mar-03 | 65,779 | 34,573 | 31,206 | 47.4% | | | 31,206 | 47.4% | (804) | -1.2% |



## Veeco Instruments Inc.
### Reconciliation of operating income (loss) to earnings excluding certain charges
#### (In thousands, except per share data)
#### (Unaudited)

| | Veeco Guidance | | Veeco Actuals | |
| | Three months ended September 30, 2004 | | Three months ended June 30, | |
| | High | Low | 2004 | 2003 |
|---|---|---|---|---|
| Operating income (loss) | $6,346 | $4,938 | $4,696 | ($739) |
| Adjustments: | | | | |
| Amortization expense | 4,400 | 4,400 | 4,575 | 3,159 |
| Restructuring expense | | | | 789 |
| Earnings excluding certain charges before interest, income taxes and amortization ("EBITA") | 10,746 | 9,338 | 9,271 | 3,209 |
| Interest expense, net | 2,300 | 2,300 | 2,239 | 1,886 |
| Earnings excluding certain charges before income taxes | 8,446 | 7,038 | 7,032 | 1,323 |
| Income tax provision at 35% | 2,956 | 2,463 | 2,461 | 463 |
| Earnings excluding certain charges | $5,490 | $4,575 | $4,571 | $860 |
| Earnings excluding certain charges per diluted share | $0.18 | $0.15 | $0.15 | $0.03 |
| Diluted weighted average shares outstanding | 30,500 | 30,500 | 30,177 | 29,480 |

NOTE - The above reconciliation is intended to present Veeco's operating results, excluding certain charges and providing income taxes at a 35% statutory rate. This reconciliation is not in accordance with, or an alternative method for, generally accepted accounting principles in the United States, and may be different from similar measures presented by other companies. Management of the Company evaluates performance of its business units based on EBITA, which is the primary indicator used by management to plan and forecast future periods. The presentation of this financial measure facilitates meaningful comparison with prior periods, as management of the Company believes EBITA reports baseline performance and thus provides useful information.

