## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 10th day of January, 2006, I caused true and correct copies of the Reply Memorandum of Law in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint, and the Declaration of J. Ross Wallin in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint, to be served by First Class United States Mail on counsel for Lead Plaintiff at the following address:

Sherrie R. Savett, Esq.
Berger & Montague, P.C.
1622 Locust St.
Philadelphia, PA  19103

*/s/ Ross Wallin*
J. Ross Wallin