UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

| | |
|---|---|
| IN RE VEECO INSTRUMENTS INC.<br>SECURITIES LITIGATION | No. 7:05-MD-01695-CM-GAY |

------------------------------------------------x

THIS DOCUMENT RELATES TO:

------------------------------------------------x

| | |
|---|---|
| AUGUST SCHUPP, III, derivatively on behalf<br>of VEECO INSTRUMENTS, INC.,<br>        Plaintiff,<br>v.<br>EDWARD H. BRAUN, et al.,<br>        Defendants. | No. 7:05-CV-10225-CM |

------------------------------------------------x

| | |
|---|---|
| DAVID ALTMAN, derivatively on behalf<br>of VEECO INSTRUMENTS, INC.,<br>        Plaintiff,<br>v.<br>EDWARD H. BRAUN, et al.,<br>        Defendants. | No. 7:05-CV-10226-CM |

------------------------------------------------x

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify, under penalty of perjury, that on the 22nd day of November, 2006, I caused true and correct copies of 1) Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend Their Consolidated Amended Shareholder Derivative Complaint and to File a Second Consolidated Amended Shareholder Derivative Complaint and 2) the Declaration of J. Ross Wallin in Opposition to Plaintiffs' Motion for Leave to Amend Their Consolidated Amended Shareholder Derivative Complaint and to File a Second Consolidated Amended Shareholder Derivative Complaint to be served

electronically via ECF notification upon counsel of record in this action and by overnight courier on the following counsel:

Robert I. Harwood, Esq.
Samuel K. Rosen, Esq.
Joshua D. Glatter, Esq.
Wechsler Harwood LLP
488 Madison Avenue
New York, New York 10022

*Attorneys for Derivative Plaintiffs*

Nadeem Faruqi, Esq.
Shane Rowley, Esq.
Beth A. Keller, Esq.
Faruqi & Faruqi, LLP
320 East 39th Street
New York, New York  10016

*Attorneys for Derivative Plaintiffs*

Brian D. Penny, Esq.
Mark S. Goldman, Esq.
Paul J. Scarlato, Esq.
Goldman Scarlato & Karon, P.C.
101 West Elm Street, Suite 360
Conshohocken, Pennsylvania 19428

*Attorneys for Derivative Plaintiffs*

Sherrie R. Savett, Esq.
Phyllis M. Parker, Esq.
Jeffrey L. Osterwise, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

*Attorneys for Lead Securities Law Plaintiff*

_____
J. Ross Wallin (JW-3911)