# GIBSON, DUNN & CRUTCHER LLP
## LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

mcrio@gibsondunn.com

May 31, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

RECEIVED
MAY 31 2007
CHAMBERS OF
COLLEEN McMAHON

**MEMO ENDORSED**

Client No.
T 94625-00001

Direct Dial
(212) 351-3917
Fax No.
(212) 351-5246

VIA FACSIMILE

Honorable Colleen McMahon, United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

*Handwritten note:* 6/1/07 No, you should submit an order of transfer to me & spm. Send you back. CM [initials]

Re: *Huneke v. Braun*, No. 7:05-CV-10224-CM, *Schupp v. Braun*, No. 7:05-CV-10225-CM, and *Altman v. Braun*, No. 7:05-CV-10226-CM (coordinated for pretrial proceedings with *In re Veeco Instruments Inc. Sec. Litig.*, No. 7:05-MD-01695-CM-GAY)

Dear Judge McMahon:

I am counsel for Defendants in the above-referenced actions, *Huneke v. Braun*, No. 7:05-CV-10224-CM, *Schupp v. Braun*, No. 7:05-CV-10225-CM, and *Altman v. Braun*, No. 7:05-CV-10226-CM (consolidated as the "Derivative Action"). The parties to the Derivative Action have reviewed Your Honor's directions to the parties, endorsed upon my May 25, 2007 letter to the Court regarding the stipulation of the parties to stay the Derivative Action, in which Your Honor indicated that it did not intend to try the Derivative Action, but would instead transfer it back to the Eastern District of New York pursuant to 28 U.S.C. § 1407 and *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998).

In light of the fact that the Derivative Action will be tried in the Eastern District, all parties to the Derivative Action understand Your Honor's directions to require that the pretrial order, motions *in limine*, and other related pretrial papers be submitted to the original transferor judge in the Eastern District, in conformity with that judge's individual practices. We would

LOS ANGELES　NEW YORK　WASHINGTON D.C.　SAN FRANCISCO　PALO ALTO
LONDON　PARIS　MUNICH　BRUSSELS　ORANGE COUNTY　CENTURY CITY　DALLAS　DENVER

# GIBSON, DUNN & CRUTCHER LLP

Honorable Colleen McMahon
May 31, 2007
Page 2

respectfully request that Your Honor please advise us if the Court wishes us to proceed in a different manner.

Respectfully,

Robert F. Serio

RFS/dph

cc: Robert I. Harwood, Esq.
    Shane Rowley, Esq.
    Paul Scarlato, Esq.
    Carole Broderick, Esq.