UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
IN RE VEECO INSTRUMENTS INC.         :
SECURITIES LITIGATION                :   No. 7:05-MD-01695-CM-GAY
                                     :
------------------------------------x
THIS DOCUMENT RELATES TO:            :
ALL ACTIONS                          :
                                     :
------------------------------------x

## NOTICE OF MOTION AND MOTION *IN LIMINE* TO PRECLUDE EVIDENCE REGARDING VEECO'S USE OF FISCAL QUARTERS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and papers in support thereof, and all prior papers and proceedings had herein, Defendants in this action will move this Court, before the Honorable Colleen McMahon, at a date and time to be determined by the Court, for an order to Prelude Evidence Regarding Veeco's Use Of Fiscal Quarters.

Dated:  New York, New York
        June 6, 2007

                                        GIBSON, DUNN & CRUTCHER LLP

                                        By: _____/s/ Ross Wallin_____
                                            John A. Herfort (JH-1460)
                                            Robert F. Serio (RS-2479)
                                            J. Ross Wallin (JW-3911)

                                        200 Park Avenue
                                        New York, New York 10166-0193
                                        Phone: (212) 351-4000
                                        Fax: (212) 351-4035

                                        *Attorneys for Defendants*