UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE VEECO INSTRUMENTS INC.
SECURITIES LITIGATION

No. 7:05-MD-01695-CM-GAY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:
ALL ACTIONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF MOTION AND MOTION *IN LIMINE* TO
PRECLUDE EVIDENCE OF LIABILITY INSURANCE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and papers in support thereof, and all prior papers and proceedings had herein, Defendants in this action will move this Court, before the Honorable Colleen McMahon, at a date and time to be determined by the Court, for an order to Prelude Lead Plaintiff from presenting evidence at trial of this action (the "Securities Action") with respect to the fact or amount of Defendants' Directors & Officers

(or "D&O") liability insurance.

Dated:   New York, New York
         June 6, 2007

                                            GIBSON, DUNN & CRUTCHER LLP

                                            By: _____
                                                John A. Herfort (JH-1460)
                                                Robert F. Serio (RS-2479)
                                                J. Ross Wallin (JW-3911)

                                            200 Park Avenue
                                            New York, New York 10166-0193
                                            Phone: (212) 351-4000
                                            Fax: (212) 351-4035

                                            *Attorneys for Defendants*