UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
IN RE VEECO INSTRUMENTS INC.           :    No. 7:05-MD-01695-CM-GAY
SECURITIES LITIGATION                  :
                                       :
------------------------------------------------x
                                       :
THIS DOCUMENT RELATES TO:              :
ALL ACTIONS                            :
                                       :
------------------------------------------------x


## NOTICE OF MOTION AND MOTION *IN LIMINE*
## TO PRECLUDE TESTIMONY OF ROBERT W. BERLINER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and papers in support thereof, and all prior papers and proceedings had herein, Defendants in this action will move this Court, before the Honorable Colleen McMahon, at a date and time to be determined by the Court, for an order to Prelude Testimony of Robert W. Berliner.

Dated:   New York, New York
         June 22, 2007

                                       GIBSON, DUNN & CRUTCHER LLP

                                       By: _____Ross Wallin_____
                                           John A. Herfort (JH-1460)
                                           Robert F. Serio (RS-2479)
                                           J. Ross Wallin (JW-3911)

                                       200 Park Avenue
                                       New York, New York 10166-0193
                                       Phone: (212) 351-4000
                                       Fax: (212) 351-4035

                                       *Attorneys for Defendants*