United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



------------------------------------X

In RE: Veeco Instruments

NOTICE OF REASSIGNMENT

05   md.   1695 (CM)(GAY)
     05cv2189
     05cv2929
------------------------------------X
     05cv7446
     05cv7447
     05cv7448
     05cv7449
     05cv7450
     05cv7451
     05cv7452
     05cv7453
     05cv10224
     05cv10225
     05cv10226

Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

JUDGE: Colleen McMahon (NYC)

All future documents submitted in this action shall bear the assigned judge's initials after the case number. If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

Dated: 8/3/07

J. Michael McMahon, CLERK

by: _____
        Deputy Clerk

DESIGNATED TO MAGISTRATE JUDGE: George A. Yanthis

CC: Attorneys of Record

Revised: September 9, 2004