UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re VEECO INSTRUMENTS, INC., SECURITIES LITIGATION | : : : | 05-MD-1695 (CM) |
| THIS DOCUMENT RELATES TO: | : | |
| EDWARD J. HUNEKE, derivatively on behalf of VEECO INSTRUMENTS, INC., Plaintiff(s), vs. EDWARD H. BRAUN, et al., Defendant(s), | : : : : : : : : : : | 05-CV-10224 (CM) |
| AUGUST SCHUPP, III, derivatively on behalf of VEECO INSTRUMENTS, INC., Plaintiff(s), vs. EDWARD H. BRAUN, et al., Defendant(s), | : : : : : : : : : : | 05-CV-10225 (CM) |
| DAVID ALTMAN, derivatively on behalf of VEECO INSTRUMENTS, INC., Plaintiff(s), vs. EDWARD H. BRAUN, et al., Defendant(s). | : : : : : : : : : : | 05-CV-10226 (CM) |

**NOTICE OF MOTION OF DERIVATIVE
PLAINTIFFS FOR FINAL APPROVAL OF SETTLEMENT
<u>AND FEE APPLICATION</u>**

PLEASE TAKE NOTICE that upon the accompanying Declaration of Robert I. Harwood and the accompanying Memoranda of Law, the undersigned will move this Court, before the Honorable Colleen McMahon, United States Courthouse, New York, New York on March 29, 2008 as provided in the January 24, 2008 Order Preliminarily Approving Derivative Action Settlement, for entry of an Order and Final Judgment of Dismissal in the form annexed to the Stipulation and Agreement of Settlement as Exhibit D.

DATED: March 21, 2008

HARWOOD FEFFER LLP

 /s/ Robert I. Harwood
Robert I. Harwood (RH-3286)
488 Madison Avenue, 8th Fl.
New York, New York 10022
(212) 935-7400

FARUQI & FARUQI LLP
Shane T. Rowley
369 Lexington Avenue
New York, New York
(212) 983-9330

GOLDMAN SCARLATO
  & KARON
Paul J. Scarlato
101 West Elm Street
Conshohocken, PA 19428
(484) 342-0700

THE WEISER LAW FIRM, P.C.
Robert B. Weiser
Brett D. Stecker
121 North Wayne Avenue
Wayne, PA 19087
(610) 225-2677

*Counsel for Derivative Plaintiffs*