UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

| | |
|---|---|
| IN RE VEECO INSTRUMENTS INC.<br>SECURITIES LITIGATION | No. 7:05-MD-01695-CM-GAY |

---------------------------------------x

THIS DOCUMENT RELATES TO:

---------------------------------------x

| | |
|---|---|
| EDWARD J. HUNEKE, derivatively on behalf<br>of VEECO INSTRUMENTS, INC.,<br><br>        Plaintiff,<br>   v.<br>EDWARD H. BRAUN, et al.,<br>        Defendants. | No. 7:05-CV-10224-CM |

---------------------------------------x

| | |
|---|---|
| AUGUST SCHUPP, III, derivatively on behalf<br>of VEECO INSTRUMENTS, INC.,<br><br>        Plaintiff,<br>   v.<br>EDWARD H. BRAUN, et al.,<br>        Defendants. | No. 7:05-CV-10225-CM |

---------------------------------------x

| | |
|---|---|
| DAVID ALTMAN, derivatively on behalf<br>of VEECO INSTRUMENTS, INC.,<br><br>        Plaintiff,<br>   v.<br>EDWARD H. BRAUN, et al.,<br>        Defendants. | No. 7:05-CV-10226-CM |

---------------------------------------x

## **CERTIFICATE OF SERVICE**

I, Colin Young, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 26th day of March 2008, I caused a true and correct copy of the Declaration of J. Ross Wallin Affirming Compliance with Notice Provisions in the Order Preliminarily Approving Derivative Action Settlement to be served electronically (via E-mail) upon counsel of record in this action listed below:

Robert I. Harwood, Esq.
Harwood Feffer LLP
488 Madison Avenue
New York, New York 10022

*Attorneys for Derivative Plaintiffs*

_____
Colin Young